| | | | | TOTAL LOSSES/VALIDATION with ATTACHMENTS | |
|---|---|---|---|---|---|
| | | | | Medical Expenses/Enable Comp Lien) | 60692.1 |
| **Medical expenses** | **Proof of Loss of Income** | | **Proof of Loss of Income** | Wedding Rings (Ambulance/Medical College of GA) | 7500 |
| EnableComp Lien Letter from Augusta State University (MCG Hospital) | WAGES LOST: | 2023 W-2 Tax/Wage Form Adjusted Gross Income | 2022 W-2 Tax/Wage Form Adjusted Gross Income **$98489.05** | (Loss of Wages for 12 weeks) | 16222.75 |
| Saturday, July 13, 2023 Accident Date Total Cost/Lien against Victim **$60,692.10** | I had take the FMLA Term Limit of 12 Weeks in order to not lose my job, as an educator. Despite the traumatized state, of driving, and collision related fears of death, and even his death by decapitation; I showed up in order to not face reprimand, and/or job abandoment consequences. | Adjusted Gross Income= $82,266.30 In 2022, without the collision with GEICO Customer Heathman, my total adjusted income according to my W-2 form was **$16,222.75** (This total is based on W-2 Forms Differentials. I have also included my DJJ Paycheck Stubs within the paperwork submission, and filing of my claim.) | Adjusted Gross Income= $98,489.05 (This total is based on W-2 Forms Differentials. I have also included my DJJ Paycheck Stubs within the paperwork submission, and filing of my claim.) | SHORT TERM DISABILITY PAYMENT: $6571.50 Also I did have to file Short Term Disability, so that I could pay my bills, and keep my Life Insurance Policy, and other Medical Policies Up to date. Therefore, you see a "SUBTRACTION" from the TOTAL COST. If Mr. Heathman had a LIFE INSURANCE, OR HOME POLICY to cover the cost of my injury, and/restituitional payments of his inflicted collision, which was not an ACCIDENT, but a purposeful direct infliction, then I SHALL PURSUE further if his policy does not cover. At this time, I have TWO LIENS against me associated with this accident. ENABLE COMP ( 60692.10) and of course the NUGENT LAW FIRM ($8500.00). Therefore, regardless of Heathman's death; I should not be left with either, but upon the fulfillment of this SETTLEMENT REQUEST, I will fulfill my duty to the NUGENT LAW FIRM, up until the day that I released them | 84414.85 |
| **Pain and Suffering** | **Pain and Suffering** | **Pain and Suffering** | **Pain and Suffering** | SUBTRACT -SHORT TERM DISABILITY PAYMENT | 6571.5 |
| | | | | | 77843.35 |
| I will file this claim against the Geico Insurance Company, and with ALLSTATE. I was told that my rings (eventhough they were a consequence of the wreck) could be filed under my home insurance policy, and that ALLSTATE could pursue GEICO for the loss that Heathman has caused to me, and my family. I am the Victim, not by choice, but it seems as if the burden of this accident keeps falling on me. This is my purpose of writing this letter, and applying it toward the need to file INSURANCE CLAIM/or CLAIMS with the RIGHT AGENT, or AGENTS of the affiliated insurance company, or companies. I have a "LETTER of RELEASE." The Nugent Company is no longer representing me, because I felt that I was being left in darkness, blinded by pain, but still unable to get clear, direct answers or information from my lawyer. | Why? As you know, guilt, sorrow, and joy fill my thoughts daily. I ask myself questions. Why did Heathman do this to Me, and Himself probably can't he answered? Neither will my questions concerning his decapitation, and his death. Either way, it was a malicious act? More than anything, I am baffled about his decision to try and take someone else's life with his. Yet, I am reminded daily by 10 THINGS: MY constant Doctor Appointments from the complications of the accidents, the cuts across my hands, the profuse bleeding that night, the removal of my wedding rings so that they could bandage my hands, the car/accident's slice across the crevice of my thigh, and left leg, and chest areas, and my "NEW FEAR OF DEATH" being just around the corner. David Heathman was on a "Suicide Mission" for sure. I, and the other victims of this horrific accident noticed that he even increased his speed, as he approached us. Eventhough HE SPED HIS CAR UP AS HE APPROACHED OUR CARS. missing two of them, and hitting me head-on. I just couldn't get out of the way quick enough. | Yet, in the aftermath it's not surprising that others knew that Heathman was less than a mile from the Bar he frequented on Gordon Highway. Was this a case of intoxication? I don't know, and I hope that I do not have to employ anyone to find out. Heathman's actions surely didn't allow me an opportunity to walk away from the accident with all the associated panic triggers; but I couldn't find solace, and empathy for a man, who knew me not; but almost stoke my life. I couldn't move, all that I could do was scream, because of the hurting of things, that I could not see. I truly won't forget it.... eventhough the date of this accident was actually my "38th Wedding Anniversary." Yes..., I truly won't forget it. Pictures of My Car, (that I still refuse to look at to this day) mangled, and dismantled was not only evidence, of a well built car, but more importantly, "that THERE IS A GOD, who controls, DEATH, LIFE, AND GRACE as well. | Traumatized, but Grateful for another opportunity to live. I'm still stunned, by the lack of certain items of importance missing from the accident report. Stunned, and disappointed, that as the VICTIM, others seemingly stand by, while others are either dead, or recovering waiting as predators to swindle, jilt, and pillage, from those who can't fight for themselves. My only regret is that I am not, and was not prepared to fight this "BIG BROTHER BATTLE" of EXECUTIVES, and LAWYERS. I am no expert, but "Experience is becoming my Teacher." I ask for the same things that I received on Saturday, July 13, at 9:48: Mercy, and Grace. Conclusively, I come only with the request to pay me, what I know I have lost. I can never tell you the PRICE, of MY PAIN AND SUFFERING; THAT'S PRICELESS. I come only with the request to pay me, what I know I have lost. | I humbly, only expect that BOTH insurance companies (ALLSTATE, and GEICO) do what they have promised to do, INSURE YOUR CLIENTS. DECEASED, but GEICO CLIENT, Heathman, and mercifully I, have paid our "MONTHLY INCREMENTS," to abide by law, and the simplest, "what ifs" that happen in life beyond our control. Yet, I know that millions get thrown into the wind for football games, and sponsorships. Yes, its all Vanity, and Vexation; knowing that I can't lose my thoughts and pursue my tangents. ALL THAT I AM ASKING is that GEICO, and ALLSTATE, at least take care of the customers. I have included within this STATEMENT OF PAIN and SUFFERING, the letter stating that I no longer will be represented by the NUGENT LAW FIRM. I didn't agree with some of their practices, and their either ineptness, or denial to answer my questions. I ask questions, because I don't understand. I am not the expert in this scenario. Therefore, My complete dependence is placed within the decisionary hands of the ALLSTATE, and GEICO. Sincerely, Lori Ann Myles. ALLSTATE CLIENT and VICTIM of ACCIDENT with David Heathman, GEICO CLIENT | |

**Appendix Exhibit 2: Reference Dates**

| Attachment Exhibits | Dates of Interest | Dates in Reference |
|---|---|---|
| 1. | RCSD Police Report | July 13, 2023 |
| 2. | Letter from Nugent Law Firm  Matson Intro Letter | July 19, 2023 |
| 3. | Letter from Nugent Law Firm: Intro Letter w/Questionnaire | July 19, 2023 |
| 4. | Letter from Nugent Law: Matson Uninsured/Underinsured Letter | July 19, 2023 |
| 5. | Nugent Matson Termination Letter | January 30, 2024 |
| 6. | Letter from Allstate Claim Status: Tiffany Holley | January 10, 2023 |
| 7. | Allstate Property & Casualty Selection/Rejection Form #831690489 | April 25, 2022 |
| 8. | Nugent Law FORM: Daily Journal | September 16, 2023 |
| 9. | EnableComp Fax to Nugent Law Firm Balance $60,692.10 | September 8, 2023 |
| 10. | Lance Ellis Death? | |
| 11. | Letter from Allstate: Your Recent Concern Policy #XXXX90489 | January 12, 2024 |
| 12. | Letter from Allstate Recovery Attempt: Claim# 07022084068 | December 8, 2023 |
| 13. | Allstate Important Notice (Policy #985182205) Effective Date 4/22/21 | April 22, 2021 |
| 14. | Allstate Policy Statement Policy Myles Client Form #985182205 | April 22, 2021 |
| 15. | EnableComp GA-NOI Hospital Lien o/b/o/Augusta University Medical Ctr. | September 8, 2023 |
| 16. | Nugent Law Firm's First Settlement Offer: | December 10, 2023 |
| 17. | SHBO Anthem Insurance Card Given to Hospital | July 13, 2023 |
| 18. | MCG Notes of Contact Printout Bill of Services | |
| 19. | Letter to Allstate: Good Hands Disagreement | |
| 20. | Allstate Printout Green Paper of Claim Status | December 26, 2023 |
| 21. | Allstate Card Insurance | October 22, 2023 |
| 22. | | |
| 23. | | |

Appendix Exhibit 3: Nugent Law Firm's First Settlement Offer

# **Nugent Law Firm's First Settlement Offer:**
## Date: 10/30/2023 at 9:47am.

This document was printed for my husband and I as we sat in their office for the very first time since my accident. The photo image has the specified areas and TABs attached for me to sign the agreement/contract.

At first look, I did not know that the Settlement Offer insured that the Nugent Firm would receive over 85% of the settlement (in some way, shape, or form) **$21,464.92.** Whereas my final reception would be only 15% of the settlement in total **$8,535.08.** I decided to not use their firm, because I felt as if the Nugent Firm was not only trying to benefit, and profit from the death of GEICO's Client, but inadvertently the "most Traumatic Moment of My Life." So Yes, I fired Nugent Law Firm, because I knew that the longer she led me to believe she was helping; the more she would try to charge me for the "SERVICES that had NOT BEEN RENDERED."

| | | | |
|---|---|---|---|
| **Allstate Recovery** | | $5000.00 | |
| **GEICO Recovery** | | $25,000.00 | |
| **Total** | | | **$30,000.00** |
| Associated Costs/Deductions | | | |
| 1.  **CIOX Health** | FIRST COMPANY: (i.e. Datavant per merger) Located in Alpharetta, Georgia is listed and assigned to Nugent firm with a bill of $ 9271.03 | Lien Amount = $9,271.03 | |
| 2.  **Enable Comp** <br><br> I noticed that over $ 61,000.00 was attributed as a lien when I asked to be released from Nugent's firm. | 2nd COMPANY: EnableComp (located in Franklin Tennessee with location in Augusta at 720 San Sebastian Way, Suite 120 Augusta, Georgia) can't be contacted, and is not mentioned, nor dictated as the company rendering services under subjugation. | Lien Amount= $61,000.00 | |
| AU Medical Center <br> •  Where are their SUBMISSIONS? <br> •  (no one will talk, or print my bill statement) | SUBMISSIONS? <br> •  Also, where, and when was there any subjugation done?  **My SHBP Insurance** has processed, and is still processing and paying for my medical bills, as the companies are SUBMITTING | $12,193.89 <br> This is supposedly EnableComp's reduction and service under subjugation.  I was told to prove that I had insurance, and when I did they told GEICO, and Allstate that they had nothing when Health Insurance shows that they paid all submissions from AU | |
| **TOTAL** | Associated Costs/Deductions | **$21,464.92** | |
| Law Firm Fee Company 1. | **37%** of    $25000.00 | | $9,271.03 |
| Lien Company 2: EnableComp | **49%** of    $25000.00 | | $12,193.89 |
| **Victim Remaining  Balance** | **14.14% of**    $25000.00 | | $3,535.08 |

## Appendix Exhibit 4: Settlement Memorandum

KENNETH S. NUGENT, P.C.

1098492    Myles, Mrs. Lori A.

## SETTLEMENT MEMORANDUM

### RECOVERY

| | | |
|---|---|---:|
| SET | Allstate Insurance Company | |
| SET | Geico Insurance Company | $5,000.00 |
| | | $25,000.00 |
| | | $30,000.00 |

### DEDUCT AND RETAIN TO PAY

**Kenneth S. Nugent, P.C. - Atlanta**

| | | |
|---|---:|---:|
| ChartSwap - Case Expense | $47.88 | |
| CIOX Health | $131.18 | |
| CIOX Health | $33.73 | |
| CIOX Health | $58.24 | |
| Professional Service Fee (reduced) | $9,000.00 | |
| **Total Due: Kenneth S. Nugent, P.C. - Atlanta** | | $9,271.03 |

### DEDUCT AND RETAIN TO PAY OTHERS

| | | |
|---|---:|---:|
| AU Medical Associates | $2,733.31 | |
| Augusta University Medical Center | $8,333.33 | |
| Augusta University Medical Center - bills | $482.00 | |
| Carelon Subrogation | $460.23 | |
| Center for Primary Care - Crossroads | $185.02 | |
| **Total Due Others:** | | $12,193.89 |

| | |
|---|---:|
| **Total Deductions:** | $21,464.92 |
| **Total Amount Due to Client:** | $8,535.08 |
| **Less Previously Paid to Client:** | $0.00 |
| **Net Amount Due to Client:** | $8,535.08 |

By executing this document, I understand that I am giving Kenneth S. Nugent, P.C. the authority to settle my claim under the terms as outlined above. I understand that this settlement agreement is enforceable under law at the time that I sign this agreement, and that I cannot back out of this settlement or renegotiate it. I have also executed the attached POWER OF ATTORNEY and addendum and give Kenneth S. Nugent P.C. the authority to sign the insurance draft and deposit the draft in the Firm's escrow account.

I hereby verify that I am currently not in Bankruptcy.

I hereby approve the above settlement and distribution of proceeds for the accident date of _____.

COPY

_____          _____
Date                                                     Mrs. Lori A. Myles

10/30/2023 09:47 AM

Page 1 of 1

Appendix Exhibit 4: Settlement Memorandum…, continued

## ADDENDUM TO SETTLEMENT MEMORANDUM

1. I have provided my Attorney with all pertinent information regarding the facts of my case, my medical treatment, my medical condition, and my medical bills.

2. I have provided my Attorney with all known information about applicable liability, medical payments coverage (MP), uninsured motorist (UM) and underinsured motorist (UIM) automobile insurance policies in effect on the date of loss (DOL) for my personal, business, resident relatives and other vehicles.

3. I understand that there may be unknown applicable excess liability, medical payments coverage (MP), uninsured motorist (UM) and underinsured motorist (UIM) automobile policies that were in effect on the date of loss (DOL); regardless, I accept and approve the settlement as full and final.

4. I have accepted this settlement based upon my own knowledge of my past, present, and future medical condition and the representations of my treating health care providers regarding same.

5. I understand that settlement of my claim and/or lawsuit includes settlement of ANY and ALL claims, known or unknown, or hereafter becoming known, arising from the incident forming the basis of my claim and/or lawsuit.

6. I acknowledge that I know that I could have rejected the settlement and chosen to litigate my claim and that it was my voluntary decision to settle rather than litigate my claim.

7. I acknowledge that I have accepted this settlement of my own volition, freely and without pressure from my Attorney.

8. I acknowledge that I have had full access to my Attorney throughout his/her representation of me and that my Attorney represented me in a competent, comprehensive and professional manner.

9. I understand that my health insurance, Medpay, Medicaid, Medicare, Tricare or workers compensation may seek reimbursement, in accordance with state or federal laws, for payments made on my behalf. I understand that I am solely responsible for reimbursing any valid and legally enforceable reimbursement claim from my share of the settlement proceeds. I further agree to indemnify, hold harmless and release the Firm from any such claim.

10. The bills listed in the Settlement Memorandum under "DEDUCT AND RETAIN TO PAY TO OTHERS" represent all of my outstanding accident-related medical bills that will be paid from the settlement proceeds. I have reviewed the Settlement Memorandum carefully and understand that I will be responsible for any bills and/or balances not listed on the Settlement Memorandum, whether known or unknown.

11. In the event my Attorney is able to obtain additional settlement proceeds upon acceptance of the offer, I authorize him/her to take the contracted fee on the total amount he/she obtains.

_____
Date

_____
Client's Signature of Acceptance

_____
Date

_____
Spouse's Signature if Married

Appendix Exhibit 5: Nugent Law Firm Daily Journal Form

## DAILY JOURNAL

Client Name :_____  Phone #:_____
Call Track Case ID # _____

Date Sept 16th    Notes

Lori went back to work last week. Much soreness and pain she started complaining about strong spasms in her back that occur every ten to fifteen minutes. Lori's sleep at night isn't good.

Tossing and turning, going from the couch to the bed.

The house is to be sold. The buyer has been approved. Closing is set for Oct 16th. This is all because of the accident. Lori still refuses to go out at night. She is only driving during the day. We are using the car of a personal friend as a 2nd car.

It seems as if my plans to retire are put on hold due to the fact that we are selling our house, which was to be paid off in 10 years.

Appendix Exhibit 6: Power of Attorney Contract

## POWER OF ATTORNEY

State of Georgia, County of __Richmond__

I, __Mrs. Lori A. Myles__, and my spouse, __Kerwen Myles__
hereby appoint my lawyer, __Jenna Matson__, attorney at Kenneth S. Nugent, P.C., as
my attorney-in-fact for myself, to negotiate and endorse all settlement documents, including
settlement checks and liability releases, regarding my personal injury and property damage
claims, both of which arose out of the accident occurring on __July 13, 2023__. The total
settlement amount is equal to or greater than __$30,000.00__, resulting in the net
payment amount equal to or greater than __$8,500.00__, paid to the order of
(Client Name & Spouse's Name) __Lori Myles and Kerwen Myles__.

| | | |
|---|---|---|
| _____ Client Initials | _____ Spouse Initials | I have already been paid for the damage done to my property. |
| _____ Client Initials | _____ Spouse Initials | I do not have a pending bankruptcy. |
| _____ Client Initials | _____ Spouse Initials | I understand that my attorney will be signing on my behalf the settlement check and release issued by the insurance company. |
| _____ Client Initials | _____ Spouse Initials | I understand that my attorney will be signing the release in this matter, and that I will no longer have any recourse (no lawsuit) against the at fault party/parties who caused this accident. |
| _____ Client Initials | _____ Spouse Initials | I explicitly authorize my attorney to approve and sign on my behalf any and all indemnification provisions, clauses, and language that may be contained in the release provided by the insurance company for this accident. |

_____
Date

_____
Client's Signature of Acceptance

_____
Date

_____
Spouse's Signature

Appendix Exhibit 7: Power of Attorney Contract... page 2

Attorney Initials __JBM__ / Office Location __Augusta__ / Month of Deposit __November__

### CLIENT INFORMATION CONFIRMATION AT TIME OF SETTLEMENT

Please Confirm Correctness by Initialing where indicated. If any information listed here in is incorrect, please contact your legal team immediately for correction.

_____   Client Legal Name: Mrs. Lori A. Myles _____

_____   Client Marital Status: Married _____

_____   Spouse's Legal Name: Kerwen Myles _____

COPY

_____

If client is deceased, confirm below:

_____   Estate Administrator's Name: _____

## Appendix Exhibit 8: Allstate Bodily Injury Claim

 **Allstate.** Allstate Property and Casualty Insurance Company
You're in good hands. PO BOX 660636
DALLAS TX 75266

KERWIN MYLES LORI A MYLES
2083 WILLHAVEN DR
AUGUSTA GA 309090653

January 22, 2024

INSURED: LORI MYLES                          PHONE NUMBER: 678-742-3533
DATE OF LOSS: July 13, 2023                  FAX NUMBER: 866-447-4293
CLAIM NUMBER: 0722084068 TDE                 OFFICE HOURS:
CLAIMANT(s): DONALD HEATHMAN

Dear KERWIN MYLES LORI A MYLES,

This letter is to inform you that we've closed the bodily injury claims for the above referenced claimants. The claim has been closed after a careful investigation determined you are not liable for the motor vehicle accident. If you receive any attorney correspondence or a lawsuit pertaining to this motor vehicle accident, please contact our claim office IMMEDIATELY. If you have any questions or concerns regarding this letter, please feel free to contact me.

Sincerely,

*DANIELLE ELLERBY*

DANIELLE ELLERBY
678-742-3533
Allstate Property and Casualty Insurance Company

GENI001                          0722084068 TDE

Appendix Exhibit 9: Myles Email to Nugent Law Fim per follow up/updates

12/26/23, 3:58 PM                                                    Gmail - Your auto accident

 Gmail                                    Dr. Lori Myles <drlorimyles@gmail.com>

**Your auto accident**
1 message

Jenna B. Matson (AUG) <jmatson@attorneykennugent.com>          Thu, Sep 21, 2023 at 3:06 PM
To: "drlorimyles@gmail.com" <drlorimyles@gmail.com>

Dr. Myles, I am in receipt of your email to Iris. Please give me a call at your convenience so that we might discuss.
Thanks, Jenna

**Jenna Matson**
**Attorney At Law**
**Kenneth S. Nugent, P.C.**
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5413 - Office/Fax
jmatson@attorneykennugent.com
www.attorneykennugent.com



Kenneth S. Nugent, P.C. is an Official Partner of:



NOTICE: This email and all attachments are CONFIDENTIAL and intended
SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of
this email. If you are not an intended recipient, your receipt of this email and
its attachments is the result of an inadvertent disclosure or unauthorized
transmittal. Sender reserves and asserts all rights to confidentiality,
including all privileges which may apply. Pursuant to those rights and
privileges, immediately DELETE and DESTROY all copies of the email and
its attachments, in whatever form, and immediately NOTIFY the sender of
your receipt of this email. DO NOT review, copy, or relay on, in any way, the
contents of this email and its attachments. All rights of the sender for
violations of the confidentiality and privileges applicable to this email and
any attachments are expressly reserved.

https://mail.google.com/mail/u/0/?ik=b4a1ab7ed6&view=pt&search=all&permthid=thread-f:1777675251967890775%7Cmsg-f:17776752519678901775...

Appendix Exhibit 10: Nugent Request for Information

S. Nugent
D. Holman, TN
F. Deutschman
M. Brian Clements
Michael G. Orr
Ahkibah Khan
Michael C. Cherof
Mark G. Pitts
James J. Kasprzycki, sc, nc
Christopher J. Adams, wv
J. Matthew Kirtlink, fl
Staci L. Alexander, al
Angela Gore
Barton H. Goode
Jan P. Cohen
Matthew C. Richardson
Kaitlin Nugent Hammill
William G. Hammill
Sarah E. Moskowitz
Mary Lynn Paulson
Jenna B. Matson

## KENNETH S. NUGENT, P.C.
### ATTORNEYS AT LAW
One 10th Street
Riverfront Center, Suite 550
Augusta, Georgia 30901
(706) 724-3231
Fax (706) 724-3555
WWW.ATTORNEYKENNUGENT.COM

Marcus T. Roberts, sc
Matthew A. Harris
Casey L. Ford
Brad G. Valentine
Stephen J. Anderson
Syed Kumail Rizvi
Eric A. Sterling
Michael H. Ruder, il
M. Callan Hamby
Anthony S. Perez, fl
Kathryn B. Reddy, me, ni
Hal F. Higgins
James C. Berrigan
Basil S. Buchanan, Jr.
Kent T. Kelso
Delia Williams Carroll
Lucas W. Griffin
Valorri C. Jones
Allison E. Horne
Jason E. Downey

July 19, 2023

Mrs. Lori A. Myles
2083 Willhaven Drive
Augusta, GA 30909

Dear Mrs. Myles:

You may be entitled to recover lost wages if you have missed time from work due to this accident. Enclosed, please find a wage and salary verification form that needs to be filled out by your employer once you return to work full time. This form allows us to document your wage loss as a result of this accident.

Please be advised that your physician must have you out of work on disability in order for us to claim lost wages. If this is not the case, please contact me so we may discuss this matter further. For your convenience, I have enclosed a self-addressed envelope for this form to be returned to us.

Sincerely,

Iris A. Rodriguez
Case Manager
Enclosures

KENNETH S. NUGENT
WILLIAM D. HOLMAN, TN
RUSSELL T. DEUTSCHMAN
M. BRIAN CLEMENTS
MICHAEL G. ORR
AHKIBAH KHAN
MICHAEL C. CHEROF
MARK G. PITTS
JAMES J. KASPRZYCKI, SC, NC
CHRISTOPHER J. ADAMS, WV
J. MATTHEW KIRTLINK, FL
STACI L. ALEXANDER, AL
ANGELA GORE
BARTON H. GOODE
JAN P. COHEN
MATTHEW C. RICHARDSON
KAITLIN NUGENT HAMMILL
WILLIAM G. HAMMILL
MARY LYNN PAULSON
JENNA B. MATSON

**KENNETH S. NUGENT, P.C.**
ATTORNEYS AT LAW
ONE 10TH STREET
RIVERFRONT CENTER, SUITE 550
AUGUSTA, GEORGIA 30901
(706) 724-3231
FAX (706) 724-3555
WWW.ATTORNEYKENNUGENT.COM

MARCUS T. ROBERTS, SC
MATTHEW A. HARRIS
CASEY L. FORD
BRAD G. VALENTINE
STEPEHEN J. ANDERSON
SYED KUMAIL RIZVI
ERIC A. STERLING
MICHAEL H. RUDER, IL
M. CALLAN HAMBY
ANTHONY S. PEREZ, FL
KATHRYN B. REDDY, ME,
HAL F. HIGGINS
BASIL S. BUCHANAN, JR.
KENT T. KELSO
DELIA WILLIAMS CARRO
LUCAS W. GRIFFIN
VALORRI C. JONES
ALLISON E. HORNE
JASON E. DOWNEY
JACOB KANTER

January 30, 2024

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED
AND BY PRIORITY MAIL - TRACKING NO. 9114999944313406508139**
Ms. Lori A. Myles
7 Park Place Circle
Augusta, GA 30909

RE:    Client:                Lori A. Myles
        Date of incident:    7/13/2023
        Our File No.:        1098492

Dear Ms. Myles:

Since you have terminated my firm as counsel in this case, we are hereby asserting an attorney's lien pursuant to the terms of our fee agreement contract with you. Since there is currently an offer to settle from the Defendant in the amount of $25,000.00, we are entitled to 33 percent of this amount as our fee in this case which is $8,333.00. We also have expenses in the amount of $223.15 that we have incurred in prosecuting your case. Accordingly, we are asserting an attorney lien in the amount of $8,556.15 against any recovery in this case. We will waive any lien associated with UIM coverage.

If you have any questions, please do not hesitate to call.

Sincerely,

KENNETH S. NUGENT, P.C.

Jenna B. Matson

Jenna B. Matson
Attorney for Firm

JBM/rmb
Encl.

**Appendix Exhibit 13: Nugent Firm Request for Information**

Kenneth S. Nugent
William D. Holman, tn
Russell T. Deutschman
M. Brian Clements
Michael G. Orr
Ahkibah Khan
Michael C. Cherof
Mark G. Pitts
James J. Kasprzycki, sc, nc
Christopher J. Adams, wv
J. Matthew Kirtlink, fl
Staci L. Alexander, al
Angela Gore
Barton H. Goode
Jan P. Cohen
Matthew C. Richardson
Kaitlin Nugent Hammill
William G. Hammill
Sarah E. Moskowitz
Mary Lynn Paulson
Jenna B. Matson

# KENNETH S. NUGENT, P.C.
### ATTORNEYS AT LAW

One 10th Street
Riverfront Center, Suite 550
Augusta, Georgia 30901
(706) 724-3231
Fax (706) 724-3555
WWW.ATTORNEYKENNUGENT.COM

Marcus T. Roberts, sc
Matthew A. Harris
Casey L Ford
Brad G. Valentine
Stephen J. Anderson
Syed Kumail Rizvi
Eric A. Sterling
Michael H. Ruder, il
M. Callan Hamby
Anthony S. Perez, fl
Kathryn B. Reddy, me, nh, n
Hal F. Higgins
James C. Berrigan
Basil S. Buchanan, Jr.
Kent T. Kelso
Delia Williams Carroll
Lucas W. Griffin
Valorri C. Jones
Allison E. Horne
Jason E. Downey

July 19, 2023

Mrs. Lori Myles
2083 Willhaven Drive
Augusta, GA 30909

   Re: Your Auto Accident Case
      Our File Number: 1098492

Dear Mrs. Myles:

  As you are aware, our office is pursuing a claim on your behalf against the adverse party and the insurance company providing coverage to him/her. You may be covered by one or more automobile insurance policies providing uninsured/underinsured motorist coverage which can be used to increase the recovery. If such a payment is made, your insurance company may then pursue the at fault driver who caused this accident directly. To determine whether you can maintain an uninsured motorist claim we need you to provide our office with the following information:

| Uninsured/Underinsured Motorist Coverage | Insurance Company, Coverage Amount, Name of Insured, and Policy Number |
|---|---|
| On Your Primary Vehicle that you drive | |
| On Any Vehicle Within Your Household Owned by You or A Member of Your Household | |
| On the Vehicle You Occupied at the Time of The Auto Accident | |

KENNETH S. NUGENT
WILLIAM D. HOLMAN, TN
RUSSELL T. DEUTSCHMAN
M. BRIAN CLEMENTS
MICHAEL G. ORR
AHKIBAH KHAN
MICHAEL C. CHEROF
MARK G. PITTS
JAMES J. KASPRZYCKI, SC, NC
CHRISTOPHER J. ADAMS, WV
J. MATTHEW KIRTLINK, FL
STACI L. ALEXANDER, AL
ANGELA GORE
BARTON H. GOODE
JAN P. COHEN
MATTHEW C. RICHARDSON
KAITLIN NUGENT HAMMILL
WILLIAM G. HAMMILL
SARAH E. MOSKOWITZ
MARY LYNN PAULSON
JENNA B. MATSON

## KENNETH S. NUGENT, P.C.
### ATTORNEYS AT LAW
ONE 10TH STREET
RIVERFRONT CENTER, SUITE 550
AUGUSTA, GEORGIA 30901
(706) 724-3231
FAX (706) 724-3555
WWW.ATTORNEYKENNUGENT.COM

MARCUS T. ROBERTS, SC
MATTHEW A. HARRIS
CASEY L. FORD
BRAD G. VALENTINE
STEPHEN J. ANDERSON
SYED KUMAIL RIZVI
ERIC A. STERLING
MICHAEL H. RUDER, IL
M. CALLAN HAMBY
ANTHONY S. PEREZ, FL
KATHRYN B. REDDY, ME, NH,
HAL F. HIGGINS
JAMES C. BERRIGAN
BASIL S. BUCHANAN, JR.
KENT T. KELSO
DELIA WILLIAMS CARROLL
LUCAS W. GRIFFIN
VALORRI C. JONES
ALLISON E. HORNE
JASON E. DOWNEY

July 19, 2023

Mrs. Lori Myles
2083 Willhaven Drive
Augusta, GA 30909

    RE:    Your recovery & how the collision affects your life

Dear Mrs. Myles:

    I hope you are starting to feel better and the treatment is helping. If for some reason the treatment isn't helping or you are concerned about your treatment, please reach out to us. We are here to help.

    As we continue to collect your medical records and build your case, we want to make sure that we have the best information about how the collision affects each part of your life. Certainly, you were injured and your medical records will tell us what the doctors, nurses, and other providers think about your injuries. But, we want to hear from you too. We want to know the details of how the accident affects each part of your daily life.

    Please take some time to fill out this two page questionnaire. The information you provide will help me further explain all the ways that the collision affects you each and every day. It is very important that you are truthful. At the same time, it is also important that you think about everything. Don't be shy and don't act tough. Be honest.

    Please return the questionnaire in the attached envelope. Should you have any questions or concerns, please don't hesitate to reach out to me or your case manager. I do appreciate the opportunity to represent you. Thank you for trusting the firm with your case.

Sincerely,

*Jenna B. Matson*

Jenna B. Matson
Attorney At Law
JBM/

Appendix Exhibit 14: Under Insured Coverage Letter

KENNETH S. NUGENT
WILLIAM D. HOLMAN, TN
RUSSELL T. DEUTSCHMAN
M. BRIAN CLEMENTS
MICHAEL G. ORR
AHKIBAH KHAN
MICHAEL C. CHEROF
MARK G. PITTS
JAMES J. KASPRZYCKI, SC, NC
CHRISTOPHER J. ADAMS, WV
J. MATTHEW KIRTLINK, FL
STACI L. ALEXANDER, AL
ANGELA GORE
BARTON H. GOODE
JAN P. COHEN
MATTHEW C. RICHARDSON
KAITLIN NUGENT HAMMILL
WILLIAM G. HAMMILL
MARY LYNN PAULSON
JENNA B. MATSON

# KENNETH S. NUGENT, P.C.
## ATTORNEYS AT LAW
ONE 10TH STREET
RIVERFRONT CENTER, SUITE 550
AUGUSTA, GEORGIA 30901
(706) 724-3231
FAX (706) 724-3555
WWW.ATTORNEYKENNUGENT.COM

MARCUS T. ROBERTS, SC
MATTHEW A. HARRIS
CASEY L. FORD
BRAD G. VALENTINE
STEPEHEN J. ANDERSON
SYED KUMAIL RIZVI
ERIC A. STERLING
MICHAEL H. RUDER, IL
M. CALLAN HAMBY
ANTHONY S. PEREZ, FL
KATHRYN B. REDDY, ME, NH, MA
HAL F. HIGGINS
BASIL S. BUCHANAN, JR.
KENT T. KELSO
DELIA WILLIAMS CARROLL
LUCAS W. GRIFFIN
VALORRI C. JONES
ALLISON E. HORNE
JASON E. DOWNEY
JACOB KANTER

December 7, 2023

Mrs. Lori A. Myles
2083 Willhaven Drive
Augusta, GA 30909

Re:    *Date of Incident: July 13, 2023*

Dear Dr. Lori A. Myles:

I have been trying to reach you to discuss your case. We sent over the documents which do prove that you have reduced UIM coverage. As I stated when we met, we have reviewed public records to determine that Donald Heathman (deceased) does not have any estate set up and did not own any land when he was alive. It is my opinion that it would be fruitless to sue his estate.

Please review the enclosed documents which show the breakdown of the proposed settlement. Please contact me at your earliest convenience, or sign and return if you agree.

Sincerely,

*Jenna B. Matson*

Jenna B. Matson
Attorney At Law
(706) 396-5413
jmatson@attorneykennugent.com

## Appendix Exhibit 14: Under Insured Coverage Letter.... continued

Please provide our office with the limits of Uninsured Motorist Coverage on each of the above, a copy of the declarations page if you have it (this is the page you receive with your renewal premium notice) as well as your policy or insurance payment information if you can locate that information.

We look forward to working with you on this case and to maximize your recovery for your injuries.

Sincerely,

Jenna B. Matson
Attorney At Law
JBM/
Enclosures

**Appendix Exhibit 15 Nugent Law Firm Form: Medical Treatment**

MEDICAL TREATMENT INFORMATION

CLIENT:Mrs.Lori Myles      Number: 1098492

EMERGENCY ROOM TREATMENT/WHAT TREATMENT DID YOU HAVE IN THE ER?
_X-Rays, Blood work, Cat Scan, M.R.I._____

DID YOU GO TO HOSPITAL BY AMBULANCE?: (YES)/NO
IF YES, NAME OF COMPANY: _Capitol_____

CHIROPRACTOR NAME:_____
    TELEPHONE NO: _____

RADIOLOGY/X-RAYS? (YES)/NO    _All_____
    NAME OF FACILITY: _____

MRI/CAT SCAN? (YES)/NO    _All_____
    NAME OF FACILITY: _____

TREATING PHYSICIAN(S):
    NAME: _____ TELEPHONE NO: _____
    NAME: _____TELEPHONE NO:_____
ORTHOPEDIC PHYSICIAN:
    NAME:_____TELEPHONE NO:_____

HOSPITAL TREATMENT / TEST DONE IN THE HOSPITAL:?:(YES)/NO
    NAME OF HOSPITAL:_All_____
    TYPE OF TREATMENT:_____

SURGERY:  YES/(NO)  NAME OF FACILITY:_____

ANESTHESIA: YES/(NO) NAME OF FACILITY:_____

MEDICATIONS: _Gabapetin, Methocarb, Oxycodone, lidocaine Patch_

LAB WORK:_Yes_____

DO YOU HAVE ANY OF THE FOLLOWING PROBLEMS?

BROKEN BONES:_No_____

A PERMANENT DISABILITY AS A RESULT OF THE ACCIDENT: _No_____

_____

DO YOU HAVE PERMANENT SCARS?:  YES/NO

PLEASE EXPLAIN: _Think they will Be_____

DO YOU HAVE PHOTOS OF YOUR INJURIES?: (YES)/NO

Appendix Exhibit 15 Nugent Law Firm Form: Medical Treatment
continued…

In order to prove to an insurance company, judge, or jury how your injuries have affected your daily life, we may need the testimony of friends, family, or co-workers. Please provide a list of those who could testify about how the collision affects you each and every day.

Name: CAROLYN PERRIN
Address: 3309 HOLLIS DR   AUGUSTA GA   30906
Phone Number: (706) 231-2888
Relationship: FRIEND, CO-WORKER

Name: KELORA COFFER
Address: 4760 BILLIE J   AUGUSTA, GA   30909
Phone Number: (706) 504-1533
Relationship: DAUGHTER

Name: CHAREVA MAYO
Address: 230 HOTSPRINGS DR.   GROVETOWN GA 30813
Phone Number: (706) 910-2526
Relationship: DAUGHTER

Client Signature _____   Date_____

# THE ACCIDENT and the Billing Explanations

 **Allstate.**

Allstate Property and Casualty Insurance Company
PO Box 660636
Dallas, TX 75266

Page 1 of 1
Information as of December 08, 2023

**Claim number:** 0722084068
**Date of loss:** July 13, 2023
**Insured:**
Lori Myles

LORI A. MYLES
2083 WILLHAVEN DR
AUGUSTA, GA 30909-0653

**Dedicated claim contact:**
Danielle Ellerby
**Direct phone:** 678-742-3533

**Visit us anytime at** MyClaim.com

## We've begun our recovery attempt

Hello Lori Myles,

We've confirmed your claim has recovery (subrogation) potential and have begun our attempts of pursuing the responsible party or parties. If we're successful in recovering any funds, we'll reimburse you up to the full amount of your deductible that you have paid out of pocket, if you haven't already been compensated. The subrogation process does take time. On average, it takes several months to complete. We'll keep you updated on our progress.

We're here to help. If you need additional information, please visit MyClaim.com or contact us.

SUBU016

 **Allstate.** You're in good hands.

Allstate Property and Casualty Insurance Company
PO BOX 660636
DALLAS TX 752650636

ılıllıllıʼlʻlʻʻlʻʻʻʻʻʻʻʻʻllʼʻlʻʻllıʼlʻllılʻlʻʻllʼʻʻlʻlllʻʻl
KERWIN MYLES LORI A MYLES
2083 WILLHAVEN DR
AUGUSTA GA 309090653

January 10, 2024

INSURED: LORI MYLES
DATE OF LOSS: July 13, 2023
CLAIM NUMBER: 0722084068 AF1

PHONE NUMBER: 972-915-5580
FAX NUMBER:
OFFICE HOURS:

## Re: Claim Status

Dear KERWIN MYLES LORI A MYLES,

I'm writing to thank you for the time you've spent helping us with the above-referenced claim. I also want to update you on its current status.

We are working on the request for payment from GEICO CORPORATE GROUP to reimburse us for payments we made on your behalf; see below for GEICO CORPORATE GROUP contact/claim information:

|  |  |
|---|---|
| Claim Number: | 0576651260000004 |
| Adjuster Name: | TIFFANY HOLLEY |
| Contact Information: | 478) 621-1042 |

In addition, we want to ensure that you have an opportunity to bring all uncovered property damage losses related to this accident to GEICO CORPORATE GROUP's attention. For instance, we are referring to any unpaid property damage, rental reimbursement, or any other out-of-pocket expenses related to property damage caused by the accident. While Allstate Property and Casualty Insurance Company cannot file a claim on your behalf for uncovered losses, we can provide you with information so you can bring those uncovered losses to GEICO CORPORATE GROUP's attention.

We would appreciate your prompt response if you plan on pursuing a claim for uncovered property damage losses against GEICO CORPORATE GROUP; if we don't hear from you within 14 calendar days of this letter being sent, we will assume you do not have any uncovered property damage losses and we will continue our recovery efforts. If you incur additional property damage losses related to this accident after 14 days, let us know immediately.

If our recovery efforts are successful, and you incurred a deductible that has not already been reimbursed, we will return your deductible once we have resolved.

0722084068 AF1