※ WAYNE'S ※

## GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | | County | Date Rec. by |
|---|---|---|---|---|
| 23-136169 | 1210000 | | RICHMOND | 7/15/2023 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | Augusta |
| 7/13/2023 | 21:47 | 7/13/2023 | 21:48 | 7/13/2023 | 21:53 | 3 | 1 | 1 | |

**Road of Occurrence** GORDON HWY

**From Its Intersection With** .

Not At Its Intersection But **652**
☐ Miles ☐ North ☐ East
☑ Feet ☐ South ☑ West **Of** CRAIG-SIMS PKWY

☐ Suppl. To Origin
☐ Private Property
☐ Hit And Run?

**Latitiude (Y)** 33.440968

**Longitude (X)** -82.130778

### Unit # 1

☑ Driver ☐ Ped ☐ Bike
☑ Susp At Fault

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| HEATHMAN | DONALD | R |

**Address** 6085 OLD AUGUSTA HWY

| City | State | Zip | DOB |
|---|---|---|---|
| HARLEM (COLUMBIA) | GA | 30814 | |

**Driver's License No**

| Class | State | Country |
|---|---|---|
| C | GA | USA |

**Insurance Co.** GEICO
**Policy No.** 4460122684
**Telephone No.**

| Year | Make | Model |
|---|---|---|
| 2016 | TOYOTA | CAMRY |

**VIN** 4T1BF1FK3GU608843
**Vehicle Color** White

| Tag # | State | County | Year |
|---|---|---|---|
| YAV718 | GA | COLUMBIA | 2024 |

| Trailer Tag # | State | County | Year |
|---|---|---|---|

☑ Same as Driver

**Owner's Last Name** HEATHMAN **FIRST** DONALD **MIDDLE** R

**Address** 6085 OLD AUGUSTA HWY

| City | State | Zip |
|---|---|---|
| HARLEM (COLUMBIA) | GA | 30814 |

**Removed By:** WAYNE'S
☐ Request ☑ List

**Alcohol Test** No | Type | Results | **Drug Test** No | Type | Results

**First Harmful Event** Motor Vehicle In Motion
**Most Harmful Event** Motor Vehicle In Motion
**Operator/Ped Cond** Unknown

**Operator Factors:** Wrong Side of Road
**Vehicle Factors:** No Contributing Factors **Roadway Factors:** No Contributing Factors

**Direction of Travel** West
**Vehicle Maneuver** Straight
**Non-Motor Maneuver**

**Vehicle Class** Privately Owned
**Vehicle Type** Passenger Car
**Vision Obscured** Not Obscured

**Number of Occupants** 1
**Area of Initial Contact** Front End
**Damage to Vehicle** Disabling Damage

**Traffic Way Flow** Two-Way Trafficway with a physical separation
**Road Composition** Black Top
**Road Character** Straight on Grade

**Number of Lanes:** 6 **Posted Speed:** 55 **Work Zone:** None

**Traffic Control:** Lanes
**Device Inoperative:** ☐ Yes ☑ No

**Citation Information:**
Citation # ____ O.C.G.A. §
Citation # ____ O.C.G.A. §
Citation # ____ O.C.G.A. §

#### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name**
**Address** | City | State | Zip
**U.S. D.O.T. #** | No. of Axles | G.V.W.R
**Cargo Body Type** | **Vehicle Config.**
☐ Interstate **Fed. Reportable** ☐ Yes ☐ No
☐ Intrastate
**C.D.L ?** ☐ Yes ☐ No **C.D.L. Suspended?** ☐ Yes ☐ No
**Vehicle Placarded?** ☐ Yes ☐ No **Hazardous Materials?** ☐ Yes ☐ No
**Hazmat Released?** ☐ Yes ☐ No
If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

### Unit # 2

☑ Driver ☐ Ped ☐ Bike
☐ Susp At Fault

| LAST NAME | FIRST | MIDDL |
|---|---|---|
| MYLES | LORI | A |

**Address** 2083 WILLHAVEN DR

| City | State | Zip | DOB |
|---|---|---|---|
| AUGUSTA (RICHMOND) | GA | 30909 | |

**Driver's License No**

| Class | State | Country |
|---|---|---|
| C | GA | USA |

**Insurance Co.** ALL STATE
**Policy No.** 831690489
**Telephone No**

| Year | Make | Model |
|---|---|---|
| 2024 | MERCEDES-BENZ | GLE-CLASS |

**VIN** 4JGFB4FB0RA970034
**Vehicle Color** Black

| Tag # | State | County | Year |
|---|---|---|---|
| P4593020 | GA | RICHMOND | 2023 |

| Trailer Tag # | State | County | Year |
|---|---|---|---|

☑ Same as Driver

**Owner's Last Name** MYLES **FIRST** LORI **MIDDLE** A

**Address** 2083 WILLHAVEN DR

| City | State | Zip |
|---|---|---|
| AUGUSTA (RICHMOND) | GA | 30909 |

**Removed By:** WAYNE'S
☐ Request ☑ L

**Alcohol Test** No | Type | Results | **Drug Test** No | Type | Results

**First Harmful Event** Motor Vehicle In Motion
**Most Harmful Event** Motor Vehicle In Motion
**Operator/Ped Cond** Not Drinking

**Operator Factors:** Other Unit Contributed to Crash
**Vehicle Factors:** No Contributing Factors **Roadway Factors:** No Contributing Fact

**Direction of Travel** East
**Vehicle Maneuver** Straight
**Non-Motor Maneuver**

**Vehicle Class** Privately Owned
**Vehicle Type** Sports Utility Vehicle (SUV)
**Vision Obscured** Not Obscured

**Number of Occupants** 1
**Area of Initial Contact** Front End
**Damage to Vehicle** Disabling Damage

**Traffic Way Flow** Two-Way Trafficway with a physical separation
**Road Composition** Black Top
**Road Character** Straight on Grade

**Number of Lanes:** 6 **Posted Speed:** 55 **Work Zone:** None

**Traffic Control:** Lanes
**Device Inoperative:** ☐ Yes ☑

**Citation Information:**
Citation # ____ O.C.G.A. §
Citation # ____ O.C.G.A. §
Citation # ____ O.C.G.A. §

#### COMMERCIAL MOTOR VEHICLES ONLY

**Carrier Name**
**Address** | City | State | Zip
**U.S. D.O.T. #** | No. of Axles | G.V.W.R
**Cargo Body Type** | **Vehicle Config.**
☐ Interstate **Fed. Reportable** ☐ Yes ☐ N
☐ Intrastate
**C.D.L ?** ☐ Yes ☐ No **C.D.L. Suspended?** ☐ Yes ☐ N
**Vehicle Placarded?** ☐ Yes ☐ No **Hazardous Materials?** ☐ Yes ☐ N
**Hazmat Released?** ☐ Yes ☐ No
If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

Page 3

## COLLISION FIELDS

| Manner of Collision: Head On | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Dark-Not Lig |
|---|---|---|---|---|

## NARRATIVE

Vehicle 1 was traveling west on Gordon Hwy near Craig Sims Pkwy in the eastbound left through lane. Vehicle 2 and Vehicle 3 were traveling east on Gordon Hwy near Craig Sims Pkwy in the left through lane. Vehicle 3 was to the rear of Vehicle 2. Witness 1 and Witness 2 were traveling west on Gordon Hwy near Craig Sims Pkwy. Witness 1 was in the right through lane and Witness 2 was in the left through lane. The driver of Vehicle 1 was not able to make a statement due to a fatal injury. The driver of Vehicle 2 stated that she was traveling east on Gordon Hwy in the left through lane and saw headlights when the front of Vehicle 1 struck the front of Vehicle 2. The driver of Vehicle 3 stated that Vehicle 1 was traveling west in the eastbound lanes and that she swerved to avoid striking Vehicle 1 when the front of Vehicle 1 struck the front of Vehicle 2, and debris from the impact struck the right side of Vehicle 3. Witness 1 and Witness 2 gave similar statements. Vehicle 1 turned left, west from Fort Gordon's gate 1 into the eastbound lanes. Vehicle 1 continued traveling west in the east right through lane when the front of Vehicle 1 struck the front of Vehicle 2. Vehicle 1 spun around and came to an uncontrolled final rest, east in the left through lane. Vehicle 2 spun around and came to an uncontrolled final rest north off the east shoulder of the roadway. Vehicle 3 continued traveling east and came to a controlled rest off the east shoulder of the roadway.

Deputy's investigation revealed that the driver of Vehicle 1 was at fault for driving on the wrong side of roadway.

The claim checks for Vehicles 1, 2 and 3 were submitted to Records.

Post crash video is available (Transcend body camera).

## DIAGRAM

### Gordon Hwy near Craig Sims Pkwy

N

Gordon Hwy West (MM6)
W1

W2

Grass Median                          Grass Median

V3

V3          V2    V1          V1

Gordon Hwy East (MM6)

V2                                    Craig Sims Pkwy ➡

Not To Scale

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |
|---|---|

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| SIDERS, KEIANNA | 1612 CHASE CREEK CT | GROVETOWN (COLUMBIA) | GA | 30813 | |
| MAIOCCO, KIMBERLY | 3304 TANGLEWOOD DR | AUGUSTA (RICHMOND) | GA | 30909 | |

```
            AU MEDICAL CTR INC.         PAGE    1
               AU MEDICAL CENTER         09/03/24 15:33
            PATIENT STATEMENT OF ACCOUNT - DETAIL

PATIENT NAME: MYLES, LORI A           ACCOUNT NBR:   C02064053-3194
                                      BILLING PERIOD: 07/14/23 09/03/24
                   BILL TO
            LORI A MYLES
            7 PARK PL
            AUGUSTA          GA 30909




SRV DATE REF NBR               DESCRIPTION
07/14/23 82570   CREATINE; URINE OR FLUID              78.00
07/14/23 86900   BLD TYPING ABO CONFIRMATION PT         0.00
07/14/23 86901   BLD TYPING RH (D) CONFIRMATION         0.00
07/13/23 82077   BLOOD ALCOHOL                         88.00
07/13/23 85610   PROTHROMBIN TIME                      78.00
07/14/23 81001   UA DIP AUTOMATED W/MICRO              81.00
07/13/23 85025   CBC COMPLETE AUTO W/DIFF WBC C       139.00
07/13/23 85730   PTT ACTIVATED                        111.00
07/13/23 83690   LIPASE                               176.00
07/13/23 80053   COMPREHENSIVE METABOLIC PANEL        225.00
07/13/23 83605   LACTIC ACID                          226.00
07/13/23 86901   BLOOD TYPING RH (D)                  117.00
07/13/23 86900   BLOOD TYPING  ABO                    147.00
07/14/23 80307   DRUG ABUSE URINE QUAL                391.00
07/14/23 86850   ANTIBODY SCREEN EACH                 240.00
07/14/23 71260   CT CHEST W/CONT                     3189.00
07/14/23 Q9967   CONTRAST LOCM 350-399MG PER 1M  (QTY OF 0000100)  3000.00
07/14/23 74177   CT ABD&PELV W/CONTRAST              6067.00
07/13/23 73030   SHOULDER MIN 2 VIEWS                 664.00
07/13/23 72170   PELVIS ONE VIEW                      514.00
07/13/23 73564   KNEE COMPLETE                        968.00
07/13/23 73130   HAND MIN 3 VIEWS                     614.00
07/13/23 71045   CHEST ONE VIEW                       440.00
07/14/23 72141   MRI CERVICAL SPINE WO CONTRAST      3646.00
07/14/23 76376   3D RENDERING ACQUISITION             725.00
07/14/23 72125   CT C SPINE WO/CONTRAST              3657.00
07/14/23 70486   CT FACE WO/CONT                     2739.00
07/14/23 70450   CT HEAD W/O CONTRAST                3028.00
07/13/23 J1170   HYDROMORPHONE INJ 0.5ML SYR           40.00
07/14/23 J3010   FENTANYL .1MG INJ                     40.00
07/14/23         METHOCARBAMOL TAB 750MG               9.00
07/14/23         METHOCARBAMOL TAB 750MG               9.00
07/14/23 J1170   HYDROMORPHONE INJ 0.5ML SYR    (QTY OF 0000002)   43.28
07/14/23 J1170   HYDROMORPHONE INJ 0.2MG/ML SYR        40.00
07/14/23 J1170   HYDROMORPHONE INJ 0.5ML SYR           40.00
07/14/23 J2270   MORPHINE 4MG/1ML INJ VIAL             40.00
07/13/23 J1170   HYDROMORPHONE INJ 0.5ML SYR           40.00
07/14/23         ACETAMINOPHEN TAB NO CHARGE    (QTY OF 0000003)    0.00
07/14/23 J1885   KETOROLAC INJ 30MG                    33.00
07/14/23         IBUPROFEN 800 MG                      9.00
07/14/23 J1170   HYDROMORPHONE INJ 0.2MG/ML SYR        40.00
```

```
           A U  M E D I C A L  C T R  I N C.        PAGE   2
                     AU MEDICAL CENTER              09/03/24 15:33
              PATIENT STATEMENT OF ACCOUNT - DETAIL

     PATIENT NAME: MYLES, LORI A          ACCOUNT NBR:  002064053-3194

     SRV DATE REF NBR            DESCRIPTION
     07/13/23           LEVEL III TRAUMA ACTIVA PRE              7500.00
     07/13/23 81025     URINE PREGNANCY TEST                     167.00
     07/15/23 84100     PHOSPHORUS  INORGANIC                     49.00
     07/15/23 85027     CBC COMPLETE AUTO W/O DIFF WBC           101.00
     07/15/23 80048     BASIC METABOLIC PANEL                    175.00
     07/15/23 83735     MAGNESIUM                                111.00
     07/15/23           OXYCODONE (ROXICODONE) TAB                11.00
     07/15/23           IBUPROFEN TAB 400MG                        9.00
     07/15/23           GABAPENTIN 300MG CAP                       9.00
     07/15/23           LIDOCAINE 5% ADHESION PATCH               44.66
     07/15/23           GABAPENTIN 300MG CAP                       9.00
     07/15/23           ACETAMINOPHEN TAB NO CHARGE  (QTY OF 0000002)   0.00
     07/15/23           ACETAMINOPHEN TAB NO CHARGE  (QTY OF 0000002)   0.00
     07/15/23           GABAPENTIN 300MG CAP                       9.00
     07/14/23           OXYCODONE (ROXICODONE) TAB   (QTY OF 0000002)  11.00
     07/15/23           POTASSIUM CL ER TAB 20MEQ    (QTY OF 0000002)   9.00
     07/15/23           METHOCARBAMOL TAB 500MG                    9.00
     07/15/23           ACETAMINOPHEN TAB NO CHARGE  (QTY OF 0000002)   0.00
     07/15/23           OXYCODONE (ROXICODONE) TAB                11.00
     07/15/23           OXYCODONE (ROXICODONE) TAB                11.00
     07/15/23 97156GO   OT EVAL MOD COMPLEXITY                   503.00
     07/15/23 97535GO   SELF-CARE & MGMT  EA 15 MIN              287.00
     07/15/23 97152GP   PT EVAL MODERATE COMPLEXITY              469.00
     07/15/23           GABAPENTIN 300MG CAP                       9.00
     07/15/23           ACETAMINOPHEN TAB NO CHARGE  (QTY OF 0000002)   0.00
     07/16/23           METHOCARBAMOL TAB 500MG                    9.00
     07/16/23 J2405     ONDANSETRON INJ 1MG (4MG VL) (QTY OF 0000004)  30.00
     07/16/23           METHOCARBAMOL TAB 500MG                    9.00
     07/16/23           ACETAMINOPHEN TAB NO CHARGE  (QTY OF 0000002)   0.00
     07/16/23 J1170     HYDROMORPHONE INJ 0.5ML SYR               40.00
     07/16/23           GABAPENTIN 300MG CAP                       9.00
     07/16/23           ACETAMINOPHEN TAB NO CHARGE  (QTY OF 0000002)   0.00
     07/16/23           LIDOCAINE 5% ADHESION PATCH               44.66
     07/16/23           OXYCODONE (ROXICODONE) TAB                11.00
     07/13/23 G0378     OBSERVATION PER HOUR         (QTY OF 0000031) 2092.50
     07/13/23 96375     INJECTION IV PUSH SEQ NEW DRUG            410.00
     07/14/23 96375     INJECTION IV PUSH SEQ NEW DRUG (QTY OF 0000002) 820.00
     07/14/23 96376     INJ IV PUSH SQ SAME DRUG     (QTY OF 0000005) 1760.00
     07/16/23 96376     INJ IV PUSH SQ SAME DRUG                  352.00
     07/13/23 96374     INJECTION  IV PUSH  INITIAL               569.00
     07/13/23 96376     INJ IV PUSH SQ SAME DRUG                  352.00
     07/14/23 96375     INJECTION IV PUSH SEQ NEW DRUG (QTY OF 0000003) 1230.00
     07/14/23 96374     INJECTION  IV PUSH  INITIAL  (QTY OF 0000002) 1138.00
     07/14/23 96376     INJ IV PUSH SQ SAME DRUG     (QTY OF 0000002) 704.00
     07/13/23 99291     CRITICAL CARE INIT 30-74 MINS            5351.00
     07/13/23 99292     CRITICAL CARE  ADDL 30 MIN   (QTY OF 0000002) 4516.00
                        -- WE HAVE BILLED THE FOLLOWING INSURANCE(S) --
                        PENDING LIABILITY        07/14/23 - 07/26/23
     07/22/23 99950134 MANAGE CARE ALLOWANCE      SERVICE ON 07/13/23   0.00
                        PENDING LIABILITY
```



**Thank you for choosing Allstate**

Allstate.

**Proof of Insurance Card**

Page 1 of 2

For your convenience, two insurance cards have been included for each vehicle. State law requires that one of these cards be kept in each vehicle. Please place them in your vehicles by the effective date.

Allstate.

Please use the printed Insurance Cards below.

Allstate.

Please use the printed Insurance Cards below.

Allstate.

Please use the printed Insurance Cards below.

Allstate.

Please use the printed Insurance Cards below.

**Georgia Insurance Policy Information Card**   Allstate.

Allstate Property and Casualty Insurance Company

POLICY NUMBER
831 690 489
EXPIRATION DATE
04/22/24

EFFECTIVE DATE
10/22/23

Kerwin and Lori A Myles
7 Park Place Cir
Augusta GA 30909-6054

YEAR / MAKE / MODEL
2020 Cadillac Escalade

VEHICLE ID NUMBER
1GYS4BKJ7LR265636

The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.

**Georgia Insurance Policy Information Card**   Allstate.

Allstate Property and Casualty Insurance Company

POLICY NUMBER
831 690 489
EXPIRATION DATE
04/22/24

EFFECTIVE DATE
10/22/23

Kerwin and Lori A Myles
7 Park Place Cir
Augusta GA 30909-6054

YEAR / MAKE / MODEL
2020 Cadillac Escalade

VEHICLE ID NUMBER
1GYS4BKJ7LR265636

The current status of actual motor vehicle liability insurance coverage is maintained by the GA DMVS and is accessible to law enforcement agencies upon a check of the vehicle registration.

**Georgia Insurance Policy Information Card**   Allstate.

Allstate Property and Casualty Insurance Company

POLICY NUMBER
831 690 489
EXPIRATION DATE
04/22/24

EFFECTIVE DATE
10/22/23

Kerwin and Lori A Myles
7 Park Place Cir
Augusta GA 30909-6054

YEAR / MAKE / MODEL
2024 Mercedes-B Gle350

VEHICLE ID NUMBER
4JGFB4FB0RA970034





**Anthem.**  **SHBP** *State Health Benefit Plan*

**LORI A MYLES**

**HMO PLAN**

Member ID:
**STHB017W3832**

| | | **State Health Network - SHBP** | |
|---|---|---|---|
| Benefits effective as of: | 01/01/2024 | Office Visit Co-pay | $35 |
| Group: | GA8039H1CS | Specialist Office Visit Co-pay | $45 |
| Plan Code: | 102 | Emergency Room Co-pay | $200 |
| RxBIN/RxPCN: | 004336/ADV | Urgent Care Co-pay | $35 |
| RxGRP: | RX0696 | Rx | $20/50/90 |
| Medical | | Rx Home | $50/125/225 |

For detailed benefit information
including Deductible and Out of Pocket
maximums, please visit anthem.com/shbp

ANTHEM HMO PLAN

Blue Open Access
HMO     **PPO**

---

**Anthem.** anthem.com/shbp

Possession of this card does not guarantee
eligibility for benefits.

Please submit claims to local Blue plan.
If Medicare is primary, please file claims with
Medicare. If a provider does not submit your
claim on your behalf, please file claim at:
www.anthem.com/submitmyclaim or mail to
Anthem Blue Cross and Blue Shield,
P.O. Box 105370
Atlanta, GA 30348-5370

All hospital admissions and certain outpatient
services require pre certification.

| Member/Provider Services | 855-641-4862 |
|---|---|
| 24/7 Nurse Line | 866-787-6361 |
| Pre Certification | 855-668-6442 |
| Coverage While Traveling | 800-810-2583 |
| Behavioral Health | 855-679-5722 |
| Sharecare Be Well® SHBP* | 888-616-6411 |
| CVS Caremark® Customer Care* | 844-345-3241 |
| livehealthonline.com | |

*Contracts directly with group

Anthem Blue Cross and Blue Shield is the trade name of
Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc.
Independent licensee of the Blue Cross and Blue Shield
Association. Anthem Blue Cross and Blue Shield provides
administrative claims payment services only and does not
assume any financial risk or obligation with respect to claims.

11/21/2023













# ALLSTATE CORRESPONDENCE National Customer Advocacy, and their Response

William Hill, President
Susan L. Lees, Secretary
Allstate Property and Casualty Insurance Company
Policy Number 831690489

## Good Hands?

According to your

### "ALLSTATE Property and Casualty Insurance Company
### Georgia Uninsured Motorists Insurance
### Selection/Rejection Form"

the motor vehicle liability policies must include <u>Uninsured Motorists Insurance</u> unless rejected by the insured in writing. My husband, Kerwin Myles did not reject coverage. He approved of the change, four separate times in writing, thereby sealing it with a signature.

I purchased a new 2024 Mercedes-B GLE350 vehicle on June 17, 2023. My wreck was July 13, 2023 and I only drove my 2024 Mercedes for 26 days. Nonetheless, my husband and I knew not to drive off the car lot without gap insurance. As a 38-year customer, I felt secure that as always, my insurance company would insure that I was following all needed avenues for my car as an Insured Driver. Yet, I have been traumatized by "Allstate's lack of Professionalism, Individualized, Customer Care, and proper, procedural processing of my Car Accident and Follow-up.

Why have I not been able to even talk to anyone concerning my claim? Not once has my city agent called, assisted, or even dealt with my insurance questions and issues. Sadly, only through a "Law Firm" was I even able to get an address, to even file the claim properly. After 38 years, and 4 generations of Allstate Customers, my family if I had died; would have been without "Allstate's hands of Assistance." Anyone looking on any computer, can tell that my family has ALLSTATE'S AUTO INSURANCE, HOME INSURANCE, and LIFE INSURANCE. A REJECTION LETTER of my insurance coverage is not acceptable, because the contracts, and forms that I have read differently. I tried to handle this lightly, but my Allstate insurance agent has not been my road to recourse, and comprehension.

Insurance has always been important to me. I even bought GAP INSURANCE from Mercedes, before we drove the car home. After I could not receive any information from my agent, I decided to look elsewhere. I called another one of your agents because I was desperate. I was desperate for answers, solace, and of course my own healing, but I knew time was not on my side. According to the selection process which was signed on April 25, 2022; I have NOT REJECTED bodily endangerment injury and property damage.

So, I finally gave up only to come to this point to write this letter, and once again, I asked these questions based on what I was reading.

### Your company said that my husband REJECTED COVERAGE, on the
### Georgia Uninsured Motorists Insurance
### Selection/Rejection Form.

I beg to differ. The form (sent with this letter) dated 04/25/2022 plainly states in FOUR PLACES:

<u>X</u>=<u>I wish to select</u> Uninsured Motorists <u>(Coverage SS)</u>-Traditional Coverage and reject Uninsured Motorists Coverage-Added on to "AT Fault Liability Limits **(Coverage SA).**

**X**=**I select** Uninsured Motorists Insurance bodily injury limits for all insured persons equal to the limits provided for Bodily Injury liability coverage. The Uninsured Motorists Insurance bodily injury limits to be provided are:

$\qquad$ 30,000 each person, and

$\qquad$ 85,000 each accident

Furthermore, Your ALLSTATE FORM (in bold letters) has the following **DISCLAIMER**, which would have prevented my husband from completing the actual form **IF HE HAD REJECTED** the "Uninsured Motorist Insurance in writing.

**If you did not reject the "Uninsured Motorists Coverage" entirely, you may select one of the following options for Uninsured Motorists Property Damage limits and for applicable deductible:**

**X**=**I select** Uninsured Motorists Insurance **Property Damage** limits equal to the limits provided for Property Damage Liability Coverage for each vehicle shown on the declarations page. **The Uninsured Motorists Insurance Property damage limits to be provided are:**

·$\qquad$ 50,000 each accident

**X**=**I select** the following deductible for Uninsured Motorists Insurance **Property Damage.**

**This deductible applies to each car insured under this policy.**

$\qquad$ 250

Conclusively, the other agents were respectful to not downplay another firm; which in my eyes was impressive, but I felt like my agent was "writing me off," without disregarding my repeated request and questions. Without even a contact number or email correspondence. I knew this was not indicative of someone being in good hands. My years, my payments, and my requests have not been short or deceptive in anyway shape or form. So, the only thing I know is that there are too many discrepancies, and disclaimers that are not being followed. I need Allstate to explain and review my requests.

I am a "Rollover Customer." I began with Lance Ellis. We did not know of his retirement, but Allstate's reputation, and past customer service was enough to stay. I began to take note of sudden quick policy changes, which in my eyes brought suspicion. I hope this is not the case. I have never had to reconsider Allstate's stance. Thank you in advance, as you review my policies, and have someone to answer my questions.

| Disagree with Rejection of Insurance Policy | Uninsured Motorist Insurance for Bodily, and Property | I will file the claim again, hopefully without rejections. |
|---|---|---|
| Insurance Premium | Paid Mercedes Benz Insurance Premium since July 13, 2023. I had/have no car | Reimbursement |
| No Auto Collision Insurance? | There seems to be some mistakes in your documentation coverups, deletions, and/or oversights, on my policy that are not correlating, and corroborating with former information about my policy | When comparisons, are made (billing notice) The Insurance wording and Changes are wrong, and apparent; whereas the other Coverage detail shows the same coverage that we purchased before (Mercedes), and the Auto Collision Insurance for the (Cadillac 2020) is shown |
| | | |

\#                                                                                                                \#

**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**
**Georgia Uninsured Motorists Insurance**
**Selection/Rejection Form**          *Me*

Name of Applicant or Insured  KERWIN  MYLES

Application or policy number 831690489

Motor Vehicle liability policies must include Uninsured Motorists Insurance unless rejected by the insured in writing. This coverage affords protection for bodily injury and property damage recoverable by the named insured and certain other persons because of the legal liability of the Uninsured Motorist. The property damage coverage must include a deductible.

An uninsured motorist includes a hit-and-run driver. It also includes an underinsured motorist who has liability protection in effect but in an amount less than the limits you have for Uninsured Motorists Insurance.

This coverage does not duplicate benefits available to an insured under any Worker's Compensation benefits law; under any motor vehicle liability, medical payments, or personal injury protection coverage; or from any owner or operator of the uninsured motor vehicle or any other person or organization who is also liable with such owner or operator.

**Your Uninsured Motorists coverage decision is an important one. If you have any questions after reading this notice regarding Uninsured Motorists coverage or the amount of coverage you have selected, your Agent will be able to assist you.**

THE INSURED'S ELECTION

Please indicate by **checking the box below** whether you desire to entirely reject Uninsured Motorists coverage.

☐        I reject Uninsured Motorists coverage entirely.

**If you have not rejected Uninsured Motorists Coverage entirely, you must select one of the following coverages – Uninsured Motorists - Traditional Coverage or Uninsured Motorist - Added On Coverage. Once you make a selection for the type of Uninsured Motorists Coverage you prefer you must select one of the following options for Uninsured Motorists Insurance bodily injury limits:**

☒        I wish to select Uninsured Motorists (Coverage SS) - Traditional Coverage and reject Uninsured Motorist Coverage-Added on to At-Fault Liability Limits (Coverage SA).

    ☒        I select Uninsured Motorists Insurance bodily injury limits for all insured persons equal to the limits provided for Bodily Injury Liability coverage. The Uninsured Motorists Insurance bodily injury limits to be provided are:

        $ __30,000__ each person, and
        $ __85,000__ each accident.

    ☐        I select Uninsured Motorists Insurance bodily injury limits for all insured persons less than the limits provided for Bodily Injury Liability, but not less than $25,000 per person/$50,000 per accident. Uninsured Motorists Insurance bodily injury liability limits to be provided are:

        $ _____ each person, and
        $ _____ each accident.

☐    I wish to select Uninsured Motorist Coverage-Added on to At-Fault Liability Limits (Coverage SA) and reject Uninsured Motorists (Coverage SS) - Traditional Coverage.

    ☐        I select Uninsured Motorists Insurance bodily injury limits for all insured persons equal to the limits provided for Bodily Injury Liability coverage. The Uninsured Motorists Insurance bodily injury limits to be provided are:

        $ _____ each person, and
        $ _____ each accident.

    ☐        I select Uninsured Motorists Insurance bodily injury limits for all insured persons less than the limits provided for Bodily Injury Liability, but not less than $25,000 per person/$50,000 per accident. Uninsured Motorists Insurance bodily injury liability limits to be provided are:

        $ _____ each person, and
        $ _____ each accident.

**If you did not reject Uninsured Motorists Coverage entirely you may select one of the following options for Uninsured Motorists Insurance property damage limits and for applicable deductible:**

831690489ZZZZZZ61683AUR1GA1

**Property Damage**

☐  I reject Uninsured Motorists Property Damage coverage only.

☒  I select Uninsured Motorists Insurance property damage limits equal to the limits provided for Property Damage Liability coverage for each vehicle shown on the declarations page. The Uninsured Motorists Insurance property damage limits to be provided are:
$ ___50,000___ each accident.

☐  I select Uninsured Motorists Insurance property damage limits less than the limits for Property Damage Liability coverage for each vehicle shown on the declarations page, but not less than $25,000 per accident for property damage. The Uninsured Motorists Insurance property damage limits to be provided for each vehicle are:

Motor Vehicle #1  _____  : $ _____  each accident

Motor Vehicle #2  _____  : $ _____  each accident

Motor Vehicle #3  _____  : $ _____  each accident

Motor Vehicle #4  _____  : $ _____  each accident

Motor Vehicle #5  _____  : $ _____  each accident

Motor Vehicle #6  _____  : $ _____  each accident

Motor Vehicle #7  _____  : $ _____  each accident

Motor Vehicle #8  _____  : $ _____  each accident

Motor Vehicle #9  _____  : $ _____  each accident

Motor Vehicle #10 _____  : $ _____  each accident

☒  I select the following deductible for Uninsured Motorists Insurance property damage. This deductible applies to each car insured under this policy.

☒  $250            ☐  $500            ☐  $1,000

The insured hereby elects the options designated above by marking the appropriate squares. The election of these options will apply to the insured's present policy and all supplemental or renewal policies unless and until the insured requests a change of such coverage in writing.

___4/25/22___
Date

_____
Applicant's Signature

Lance Ellis
_____
Agent's Signature

AUR1-7

831690489ZZZZZZ61683AUR1GA2

# ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY
## Georgia Uninsured Motorists Insurance
### Selection/Rejection Form

Name of Applicant or Insured  KERWIN  MYLES

Application or policy number 831690489

Motor Vehicle liability policies must include Uninsured Motorists Insurance unless rejected by the insured in writing. This coverage affords protection for bodily injury and property damage recoverable by the named insured and certain other persons because of the legal liability of the Uninsured Motorist. The property damage coverage must include a deductible.

An uninsured motorist includes a hit-and-run driver. It also includes an underinsured motorist who has liability protection in effect but in an amount less than the limits you have for Uninsured Motorists Insurance.

This coverage does not duplicate benefits available to an insured under any Worker's Compensation benefits law; under any motor vehicle liability, medical payments, or personal injury protection coverage; or from any owner or operator of the uninsured motor vehicle or any other person or organization who is also liable with such owner or operator.

**Your Uninsured Motorists coverage decision is an important one. If you have any questions after reading this notice regarding Uninsured Motorists coverage or the amount of coverage you have selected, your Agent will be able to assist you.**

THE INSURED'S ELECTION

Please indicate by checking the box below whether you desire to entirely reject Uninsured Motorists coverage.

☐    I reject Uninsured Motorists coverage entirely.

**If you have not rejected Uninsured Motorists Coverage entirely, you must select one of the following coverages — Uninsured Motorists - Traditional Coverage or Uninsured Motorist - Added On Coverage. Once you make a selection for the type of Uninsured Motorists Coverage you prefer you must select one of the following options for Uninsured Motorists Insurance bodily injury limits:**

☒    I wish to select Uninsured Motorists (Coverage SS) - Traditional Coverage and reject Uninsured Motorist Coverage-Added on to At-Fault Liability Limits (Coverage SA).

    ☒    I select Uninsured Motorists Insurance bodily injury limits for all insured persons equal to the limits provided for Bodily Injury Liability coverage. The Uninsured Motorists Insurance bodily injury limits to be provided are:

        $ __30,000__ each person, and
        $ __85,000__ each accident.

    ☐    I select Uninsured Motorists Insurance bodily injury limits for all insured persons less than the limits provided for Bodily Injury Liability, but not less than $25,000 per person/$50,000 per accident. Uninsured Motorists Insurance bodily injury liability limits to be provided are:

        $ _____ each person, and
        $ _____ each accident.

☐    I wish to select Uninsured Motorist Coverage-Added on to At-Fault Liability Limits (Coverage SA) and reject Uninsured Motorists (Coverage SS) - Traditional Coverage.

    ☐    I select Uninsured Motorists Insurance bodily injury limits for all insured persons equal to the limits provided for Bodily Injury Liability coverage. The Uninsured Motorists Insurance bodily injury limits to be provided are:

        $ _____ each person, and
        $ _____ each accident.

    ☐    I select Uninsured Motorists Insurance bodily injury limits for all insured persons less than the limits provided for Bodily Injury Liability, but not less than $25,000 per person/$50,000 per accident. Uninsured Motorists Insurance bodily injury liability limits to be provided are:

        $ _____ each person, and
        $ _____ each accident.

**If you did not reject Uninsured Motorists Coverage entirely you may select one of the following options for Uninsured Motorists Insurance property damage limits and for applicable deductible:**

831690489ZZZZZZ61683AURIGA1

## Important notices

Policy number: **985 182 205**
Policy effective date:    April 22, 2021

### Are You Eligible for New Discounts?

Did you know that you may now qualify for discounts that you previously were not eligible to receive? For instance, in many states, Allstate offers discounts for:

- Drivers who are age 55 and older who are no longer working;
- Young drivers, including students under the age of 25;
- Drivers who have completed approved driver training courses; and
- Drivers who also insure their homes with Allstate.

Please contact your Allstate representative for additional information about discount qualifications, as well as other discounts that may be available.

X67094-1

### Other Allstate Companies also offer automobile insurance—giving you additional protection options

We want to make sure you know that automobile insurance is available from different Allstate-branded companies—each with its own mix of price and coverage options. Although your current policy is with Allstate Fire and Casualty Insurance Company, automobile coverage from another Allstate-branded company can differ from your current policy in a number of ways, including:

- Price
- Coverage
- Features
- Discounts

#### Things To Consider When Comparing Insurance Policies

When comparing different policies, you may want to consider the following:

- **Price** – While another company may offer a lower premium today, the premium could change in the future. Be sure to consider this.

- **Policy Features and Benefits** – Some of the policy features and benefits that your current policy has may not be available or carry over to the new company. Also, the new policy might not provide the same level of benefits as your current policy. And if you leave Allstate Fire and Casualty

Insurance Company, you will not be able to return to that company or get the same rate.

#### Your Allstate Agent Can Help

Your Allstate Agent is here and can discuss any options you might be interested in. We want to thank you again for choosing Allstate to protect what's important to you.

X73000v2

### Drivewise®

**Get rewarded for your everyday safe driving with Drivewise[1]!**

You'll get cash back for getting started and can earn more cash back every six months for your safe driving.

To get started, download the Allstate® mobile app and activate Drivewise. You'll get immediate feedback on your performance after every trip and can watch your rewards add up!

X73694-1

### Voluntary Provider Networks

We want to let you know about a program that may be available to you.

If you, or anyone covered under your policy, is injured in a loss covered under your auto policy, a Voluntary Provider Network may be available to you. A Voluntary Provider Network includes a variety of participating medical providers that can treat those injuries.

Voluntary Provider Networks maintain lists of their participating providers. In the event that you experience a loss, your claims representative can provide you with contact information for any participating Allstate networks that may be available in your state at that time.

You are under no obligation to use a medical provider who is a member of one of these networks, and you are free to seek medical services from a provider of your choice. There is no penalty if you choose a provider outside the network. If you are injured and treated by a provider who is a member of one of the participating networks, we may review their bills for covered medical services for re-pricing based on the approved rate for that provider's network.

You do not need to make a choice about these networks at this time. Please keep in mind that using a provider within a network should not be considered a confirmation that you have coverage. This notice is for informational purposes only.

X73469

Renewal auto policy declarations
Policy number:    985 182 205
Policy effective date:    April 22, 2021

Page 3 of 5


Allstate.
You're in good hands.

## Coverage detail for 2015 Cadillac Escalade

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $290.13 |
| • Bodily Injury | $30,000 each person<br>$85,000 each occurrence | | |
| • Property Damage | $50,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $1,000 | $302.71 |
| Auto Comprehensive Insurance | Actual cash value | $1,000 | $212.68 |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | Not purchased* | | |
| Uninsured Motorists Insurance | | | |
| • Property Damage | $25,000 each accident | $1,000 | $4.85 |
| Automobile Medical Payments | Not purchased* | | |
| Sound System | Not purchased* | | |
| Tape | Not purchased* | | |
| Total premium for 2015 Cadillac Escalade | | | $810.37 |

* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.

VIN 1GYS3NKJ8FR662314

**Rating information**
• Owns residence
• This vehicle is driven over 7,500 miles per year, 3-9 miles to work/school, married driver age 58, good driver rate

## Coverage detail for 2009 Toyota Camry

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $452.89 |
| • Bodily Injury | $30,000 each person<br>$85,000 each occurrence | | |
| • Property Damage | $50,000 each occurrence | | |
| Auto Collision Insurance | Not purchased* | | |
| Auto Comprehensive Insurance | Not purchased* | | |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | Not purchased* | | |
| Uninsured Motorists Insurance | | | |
| • Property Damage | $25,000 each accident | $1,000 | $3.73 |
| Automobile Medical Payments | Not purchased* | | |
| Sound System | Not purchased* | | |

(continued)

Important notices
Policy number:     985 182 205
Policy effective date:     April 22, 2021

Page **2** of 3

 **Allstate.**
You're in good hands.

## Uninsured Motorists Coverage

If you have chosen to accept Uninsured Motorists coverage from your automobile insurance company, and have any questions after reading this statement regarding Uninsured Motorists coverage or the amount of coverage you have selected, your agent or company representative will be able to assist you. You should have chosen the amount of Uninsured Motorists coverage you want based on this question: If I get hit by someone with little or no liability insurance, how much protection do I need to cover the cost associated with car repair, medical bills, other expenses, and lost wages? If the person who hits your automobile has no liability coverage or liability coverage equal to or less than the Uninsured Motorists amount you chose, your total automobile insurance recovery (from all companies involved) may not exceed the amount of Uninsured Motorists coverage you chose.

The purpose of this notice is informational. This notice does not change or replace the wording in your policy. For detailed information about the coverage provided by your policy, please read the policy, including the Policy Declarations. If you have any questions, please do not hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-ALLSTATE^SM (1-800-255-7828).

XC2844

*Kerwin Myles Chose $50,000 each accident. on 4/25/22*

B2077



**enablecomp**
complex claims revenue solutions

September 8, 2023

**Via Certified Mail**
Lori Myles
2083 WILLHAVEN DR
Augusta, GA 30909

Geico BI/UIM
One Geico Center
Macon, GA 31296

<u>Notice of Intent to File Hospital Lien</u>

RE:     Provider:          Augusta University Medical Center
        Patient:           Lori Myles
        Date of Injury:    7/13/2023
        Claim No.:         0576651260000004

To Whom It May Concern:

This letter is notice that Augusta University Medical Center intends to file a hospital lien against any potential liability proceeds recovered by the above-referenced patient as a result of an accident that occurred on 7/13/2023.

Please understand this is NOT a lien against the patient individually or any of their property or assets, nor it is evidence of any failure of the patient to pay a debt. This notice and lien only apply to any cause of action and recovery from potential responsible entities for causing the injuries.

If you have any questions regarding this notice, please feel free to contact the representative listed below.

Sincerely,

Jordan mills
706-813-6057 or Jmills@enablecomp.com
EnableComp LLC
o/b/o Augusta University Medical Center
4057 Rural Plains Circle, Ste 400
Franklin, TN 37064

Cc:    Kenneth S Nugent, PC (via fax) (678) 957-8657



Response Letter to Unidentifiable Changes to Policy

**Allstate** PO BOX 13084
You're in good hands. Roanoke, VA 24031-3094

Kerwin and Lori Myles
7 Park Place Cir
Augusta, GA 30909-6054

**Re: Your Recent Concern**

January 12, 2024

Dear Mr. and Mrs. Myles:

Thank you for contacting us about an issue related to your Auto policy XXXX90489. Your concerns are important to us, and we appreciate the opportunity to address them.

I tried to reach you and regret I have been unable to speak with you directly. If you need further assistance with the claim, date of loss, 7/13/2023, please specify your concerns so that we may submit an escalation to our Claim partners on your behalf.

I have spoken with Gina in the Robby Grandle Agency as she processed the change made to the policy effective 7/14/2023. Gina received a notification that your 2024 GLE350 was deemed a total loss and therefore, she removed Collision, Comprehensive and Roadside coverages back to the date after the date of loss. This was to make sure you received as much money back as possible.

The 2020 Escalade was added to the policy and the residential and mailing address were updated effective 11/9/2023. The 2024 GLE350 was removed from the policy effective 11/10/2023. We were unable to remove the vehicle back to the date after the date of loss as Allstate is unable to provide a policy without a vehicle being listed.

Please allow me to sincerely apologize for any inconvenience this matter may have caused. I have documented your concerns.

If you have any questions regarding the information above, please feel free to contact me at your earliest convenience. You can reach me between the hours of 8:30 a.m. and 5:00 p.m. Eastern Standard Time using the contact information listed below.



Thank you for choosing Allstate. We appreciate your business.

Sincerely,


Tamara, CRS115
Corporate Customer Advocacy Department
Allstate Property and Casualty Insurance Company
Phone: (800) 995-2566 Ext. 1120668
Fax: (877) 287-1973
Email: CRS115@Allstate.com

Internal Information

# REQUEST for TERMINATION of LAWYER SERVICES and NUGENT LAW FIRM

Dr. Lori Myles

———— Forwarded message ————
From: Dr. Lori Myles <drlorimylos@gmail.com>
Date: Mon, Jan 1, 2024 at 9:52 PM
Subject: Myles/ Nugent Law Firm Concerns
To: Dr. Lori Myles <drlorimyles@gmail.com>, kerwin myles <pastorkmyles@gmail.com>

Esquire Madden, a few things concern me when it comes to the finalizations of my accident.

Truly, even the fact that no investigation was done, nor requested for the CAUSE of this "head on collision was already surprising, but no, probates, insurance discrepancies, and stolen wedding rings, cause me more than an alarm to stay silent. Either, I am experiencing a "Murphy's Law" moment, or deception has decided to collide head-on with my life as on Saturday, July 13th.

**Allow me to explain two particular discrepancies:**

**First Discrepancy: When you told me that my 38-year Allstate Insurance Company stated I, or my husband signed a form rejecting UMI insurance.**

——I wrote Allstate too concerning this issue showing the company's contractual form and signature As noted, and observed; the local ALLSTATE firm's offset seems to deceive me and settlement status in 2 instances. One instance was when the firm actually changed my policy JULY 14, 2023 without authorization, or notice; (Just think, ONE DAY after my accident). I don't know if you noticed it.

**The second instance** was concerning the "supposed" signed rejection of the UMI was not the totality, of the 3 "choiced-box" agreement. This was not the case, as a matter of fact, the actual form could not be completed past PAGE 1, if my husband had rejected the UMI INSURANCE. Either I don't understand, or Allstate has not fulfilled its part in this scenario of insurance and "good hands."

**Second Discrepancy: My health insurance billing debts, and the need to repay those debts** that I only incurred. Why am I bearing my own medical bills twice? Not only did my injuries come after another driver's mentality decided that his life was no longer important enough to keep; but he was vindictive enough to try and take someone else with him. GRACE.

Yet, as a state employee, health insurance premiums don't come cheap when it comes to taking care of our day-to day health. Mine is $376.00 per paycheck. So, I decided to research the validity of the medical mediation quote of $12,000.00. The amount may not be much to some, but when you're paying someone else to be your voice, I want no verity, nor crickets chirping. The subtraction meditation agreement was over 1/3 of the total, so I emailed, called. and chatted until I received a Print-out of all my HEALTH CLAIMS beginning July 13th, up until the present.

With no disrespect, the claims are not as you are reporting, and asking me to settle upon as an agreement as payment to your firm as my representative. According to ADP/ANTHEM/SHBP (please forgive the acronyms); the billing is not only as the attachments, but THEY WERE ALSO PAID IN FULL BY MY HEALTH INSURANCE COMPANY.

So, in essence if anyone is to pay for my medical bills, it should be via the subjugation efforts by/through GEICO. There should be "Not another bill" percentiled and/or quota-ed by and from your company as a partial bill to ME). I am the VICTIM. Just because I did not die does not place me, or should inadvertently appropriate, or nominate me as the PAYEE, or sponge of disdain.

THROUGHOUT THIS ACCIDENT, My health, especially now, mentally has been challenged on every level. It is my hope that the discrepancy with the Nugent Law Firm can be explained. If not, then The Nugent Law Firm has not lived up to its potential. I trusted you, and your firm. I didn't and don't expect deception, but something is not adding up with the finality of data, signatures, and outcome.

I have truly been Oblivious to the expertise needed to begin, and end this TRAUMATIC EXPERIENCE. The NUGENT LAWFIRM has been my choice of trust, BUT we must consider the next move needed to end this trauma on every level.

p.s. please see the

<image009.jpg>

<image010.jpg>

<image011.jpg>

succeeding email attachments from ADP/ANTHEM/SHBP Insurance

Sincerely,

Dr. Lori Myles,

Client/Accident Victim

--

Dr. Lori Myles

 **Gmail**                                          Dr. Lori Myles <drlorimyles@gmail.com>

## 7/13/2023 Accident

1 message

Iris A. Rodriguez (AUG) <IRodriguez@attorneykennugent.com>                    Thu, Feb 29, 2024 at 11:39 AM
To: "drlorimyles@gmail.com" <drlorimyles@gmail.com>

Mrs. Myles,

The attached letter will confirm that out firm is no longer representing you for your 7/13/2023 auto accident.

Thank you,


**Iris Rodriguez**
**Case Manager**
**Kenneth S. Nugent, P.C.**
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5417 - Office/Fax
IRodriguez@attorneykennugent.com
www.attorneykennugent.com




**KENNETH S. NUGENT, P.C.**



**Kenneth S. Nugent, P.C. is an Official Partner of:**

  

NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

----

📄 **11 GA Goodbye Letter.pdf**
132K

 Gmail

Dr. Lori Myles <drlorimyles@gmail.com>

## GEORGIA CODE: : Myles/ Nugent Law Firm Concerns

1 message

Dr. Lori Myles <drlorimyles@gmail.com>                                    Mon, Jan 8, 2024 at 11:24 AM
To: kerwin myles <pastorkmyles@gmail.com>

Dr. Lori Myles

————— Forwarded message —————
From: Jenna B. Matson (AUG) <jmatson@attorneykennugent.com>
Date: Mon, Jan 8, 2024 at 11:09 AM
Subject: RE: Myles/ Nugent Law Firm Concerns
To: drlorimyles@gmail.com <drlorimyles@gmail.com>

Dr. Myles can you please let me know how you would like to proceed? You are going to receive $8,471.56 should you decide to accept the pending offer.

**Jenna Matson**
**Attorney At Law**
**Kenneth S. Nugent, P.C.**
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5413 - Office/Fax
jmatson@attorneykennugent.com
www.attorneykennugent.com

1/5/25, 6:17 PM                          Gmail - GEORGIA CODE: : Myles/ Nugent Law Firm Concerns



# KENNETH S. NUGENT, P.C.
## ATTORNEYS AT LAW



**Kenneth S. Nugent, P.C. is an Official Partner of:**



NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

**From:** Jenna B. Matson (AUG)
**Sent:** Wednesday, January 3, 2024 10:07 AM
**To:** drlorimyles@gmail.com
**Subject:** RE: Myles/ Nugent Law Firm Concerns

Dear Dr. Myles,

Thank you for your email. The signed UIM rejection form that was provided to me was signed by Kerwin Myles on April 25, 2022. So I don't have any indication that there is any foul play on behalf of Allstate. Please see attached.

As you are aware Allstate has offered $5,000 which is the difference between your $30,000 UM coverage offset by the at fault driver's policy limits of $25,000.

As for your health insurance- unfortunately, reviewing your EOB with Anthem is not the same as the lien status that is held by Augusta University. You are correct in that many of your bills were paid by health insurance. As a hospital, Augusta University Medical Center gets special treatment under the law.

https://mail.google.com/mail/u/0/?ik=b4a1ab7ed6&view=pt&search=all&permthid=thread-a:r-3863749640454630131%7Cmsg-a:r-900324124413295...    2/10

a. GA Code § 44-14-470 (2020) Any person, firm, hospital authority, or corporation operating a hospital, nursing home, or physician practice or providing traumatic burn care medical practice in this state shall have a lien for the reasonable charges for hospital, nursing home, physician practice, or traumatic burn care medical practice care and treatment of an injured person, which lien shall be upon any and all causes of action accruing to the person to whom the care was furnished or to the legal representative of such person on account of injuries giving rise to the causes of action and which necessitated the hospital, nursing home, physician practice, or provider of traumatic burn care medical practice care, subject, however, to any attorney's lien. The lien provided for in this subsection is only a lien against such causes of action and shall not be a lien against such injured person, such legal representative, or any other property or assets of such persons and shall not be evidence of such person's failure to pay a debt. This subsection shall not be construed to interfere with the exemption from this part provided by Code Section 44-14-474.

Augusta University holds a lien against the settlement for treatment they provided. Please see attached Enablecomp lien and AUMC Reduction Approval.

I know this situation is very frustrating. If I thought there were assets to pursue I would gladly sue the Estate of Donald Heathman on your behalf. We appreciate your trust in our firm and I hope I have answered your questions. Please let me know if you have any other questions.

Very Truly, Jenna

From: Iris A. Rodriguez (AUG) <IRodriguez@attorneykennugent.com>
Sent: Wednesday, January 3, 2024 7:28 AM
To: Jenna B. Matson (AUG) <jmatson@attorneykennugent.com>
Cc: Jennifer Palmer (AUG) <jpalmer@attorneykennugent.com>
Subject: FW: Myles/ Nugent Law Firm Concerns

**Iris Rodriguez**
**Case Manager**
**Kenneth S. Nugent, P.C.**
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5417 - Office/Fax
IRodriguez@attorneykennugent.com
www.attorneykennugent.com

Myles United States District Court Civil Action  Page **62** of **116**

1/5/25, 6:17 PM                                  Gmail - GEORGIA CODE: : Myles/ Nugent Law Firm Concerns

To: Dr. Lori Myles <drlorimyles@gmail.com>; Iris A. Rodriguez (AUG) <IRodriguez@attorneykennugent.com>
Subject: Myles/ Nugent Law Firm Concerns

Forgive me, I didn't have Ms. Madden email, please forward.

Dr. Lori Myles

———— Forwarded message ————
From: Dr. Lori Myles <drlorimyles@gmail.com>
Date: Mon, Jan 1, 2024 at 9:52 PM
Subject: Myles/ Nugent Law Firm Concerns
To: Dr. Lori Myles <drlorimyles@gmail.com>, kerwin myles <pastorkmyles@gmail.com>

Esquire Madden, a few things concern me when it comes to the finalizations of my accident.

Truly, even the fact that no investigation was done, nor requested for the CAUSE of this "head on collision  was already surprising, but no, probates, insurance discrepancies, and stolen wedding rings, cause me more than an alarm to stay silent.  Either, I am experiencing a "Murphy's Law" moment, or deception has decided to collide head-on with my life as on Saturday, July 13th.

**Allow me to explain two particular discrepancies:**

**First Discrepancy: When you told me that my 38-year Allstate Insurance Company stated I, or my husband signed a form rejecting UMI insurance.**

—I wrote Allstate too concerning this issue showing the company's contractual form and signature As noted, and observed; the local ALLSTATE firm's offset seems to deceive me and settlement status in 2 instances.  One instance was when the firm actually changed my policy JULY 14, 2023 without authorization, or notice; (Just think, ONE DAY after my accident). I don't know if you noticed it.

The second instance was concerning the "supposed" signed rejection of the UMI was not the totality, of the 3 "choiced-box" agreement.  This was not the case, as a matter of fact, the actual form could not be completed past PAGE 1, if my husband had rejected the UMI INSURANCE. Either I don't understand, or Allstate has not fulfilled its part in this scenario of insurance and "good hands."

**Second Discrepancy: My health insurance billing debts, and the need to repay those debts** that I only incurred.  Why am I bearing my own medical bills twice?  Not only did my injuries come after another driver's mentality decided that his life was no longer important enough to keep; but he was vindictive enough to try and take someone else with him. GRACE.

Yet, as a state employee, health insurance premiums don't come cheap when it comes to taking care of our day-to day health. Mine is $376.00 per paycheck.  So, I decided to research the validity of the medical mediation quote of $12,000.00.  The amount may not be much to some, but when you're paying someone else to be your voice, I want no verity, nor crickets chirping. The subtraction meditation agreement was over 1/3 of the total, so I emailed, called, and chatted until I received a Print-out of all my HEALTH CLAIMS beginning July 13th, up until the present.

With no disrespect, the claims are not as you are reporting, and asking me to settle upon as an agreement as payment to your firm as my representative. According to ADP/ANTHEM/SHBP (please forgive the acronyms); the billing is not only as the attachments, but THEY WERE ALSO PAID IN FULL BY MY HEALTH INSURANCE COMPANY.

So, in essence if anyone is to pay for my medical bills, it should be via the subjugation efforts by/through GEICO.  There should be "Not another bill" percentiled and/or quota-ed by and from your company as a partial bill to ME). I am the VICTIM. Just because I did not die does not place me, or should inadvertently appropriate, or nominate me as  the PAYEE, or sponge of disdain.

Gmail - GEORGIA CODE: : Myles/ Nugent Law Firm Concerns

THROUGHOUT THIS ACCIDENT, My health, especially now, mentally has been challenged on every level. It is my hope that the discrepancy with the Nugent Law Firm can be explained. If not, then The Nugent Law Firm has not lived up to its potential. I trusted you, and your firm. I didn't and don't expect deception, but something is not adding up with the finality of data, signatures, and outcome.

I have truly been Oblivious to the expertise needed to begin, and end this TRAUMATIC EXPERIENCE. The NUGENT LAWFIRM has been my choice of trust, BUT we must consider the next move needed to end this trauma on every level.

p.s. please see the







Sincerely,

Dr. Lori Myles,

Client/Accident Victim

Gmail - Re: Myles/ Nugent Law Firm Concerns

 **Gmail**   Dr. Lori Myles <drlorimyles@gmail.com>

## Re: Myles/ Nugent Law Firm Concerns
1 message

**Dr. Lori Myles** <drlorimyles@gmail.com>   Mon, Jan 29, 2024 at 5:01 PM
To: "Jenna B. Matson (AUG)" <jmatson@attorneykennugent.com>
Cc: kerwin myles <pastorkmyles@gmail.com>

I am still checking my mail for my letter of release. I must move on because I don't know the legal term limits that might be applied for CLAIMS AGAINST GEICO concerning this wreck. I can not be left without a voice

Dr. Lori Myles

On Tue, Jan 23, 2024 at 11:29 AM Jenna B. Matson (AUG) <jmatson@attorneykennugent.com> wrote:

As I mentioned previously, I am still actively dealing with AU to resolve the lien issue. Can you send my documentation of where your health insurance was billed for your treatment at Augusta University Medical Center? (NOT AUMA- which is a different entity)

**Jenna Matson**
**Attorney At Law**
**Kenneth S. Nugent, P.C.**
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5413 - Office/Fax
jmatson@attorneykennugent.com
www.attorneykennugent.com





KENNETH S. NUGENT, P.C.
ATTORNEYS AT LAW

1/5/25, 6:19 PM                                          Gmail - Re: Myles/ Nugent Law Firm Concerns

### Kenneth S. Nugent, P.C. is an Official Partner of:



NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

**From:** Dr. Lori Myles <drlorimyles@gmail.com>
**Sent:** Saturday, January 20, 2024 10:00 AM
**To:** Jenna B. Matson (AUG) <jmatson@attorneykennugent.com>; kerwin myles <pastorkmyles@gmail.com>
**Subject:** Re: Myles/ Nugent Law Firm Concerns

Esquire Matson,

Please send all correspondence to My address. I moved October 16th.

7 Park Place

Augusta Georgia 30909

I moved, because of the daily retraces of my accident was also unbearable. Yet, GOD enabled me to even do that... I'm not rich, just BLESSED BY HIS MERCY....please let me know the procedure needed to withdraw legally from your company.

My only regret is not that I met you because of this accident; but that life and your world of Le gality brings socio-cultural norms that brought me doubt, and not trust. Yet, I genuinely see skill, knowledge and a finesse that was GOD GIVEN. Never let anyone or anything corrupt that gift my friend...

YOU IMPRESSED ME, not the firm.

Thanks in advance. STAY BLESSED.

Dr. Lori Myles

On Thu, Jan 18, 2024 at 4:41 PM Dr. Lori Myles <drlorimyles@gmail.com> wrote:

https://mail.google.com/mail/u/0/?ik=b4a1ab7ed6&view=pt&search=all&permthid=thread-a:r1033695107292680143%7Cmsg-a:r52690630325147546...    2/11

Dr. Lori Myles

On Wed, Jan 17, 2024 at 12:18 PM Jenna B. Matson (AUG) <jmatson@attorneykennugent.com> wrote:

That was not clear from your emails.

I am sorry you feel that way. I have tried to explain these issues and the applicable laws as best I can. It is very unfortunate that there was not enough available coverage from the at fault party.

I would urge you to reconsider termination because we are actively trying to invalidate the lien from AU based upon what I believe is their failure to bill your health insurance.

I still have not seen EOBs from your health insurance where the hospital bills have been billed and paid. What you attached was not all the billing information needed. If the same dates of service were billed and paid by health then their lien is not valid.

Again, I am actively working to invalidate the lien from Augusta University Medical Center. I would appreciate your patience.

Very Truly, Jenna

Jenna Matson
Attorney At Law
Kenneth S. Nugent, P.C.
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5413 - Office/Fax
jmatson@attorneykennugent.com
www.attorneykennugent.com

To: Dr. Lori Myles <drlorimyles@gmail.com>; Jenna B. Matson (AUG) <jmatson@attorneykennugent.com>; kerwin myles <pastorkmyles@gmail.com>

Subject: Re: Myles/ Nugent Law Firm Concerns

From your response, it seems that maybe I was not clear; the discrepancies, lack of communication, and comprehension. I no longer have ant to be res presented by the NUGENT LAW FIRM.

What is the next step to secure my " RELEASE OF REPRESENTATION LETTER?

This has not been an effective, sufficient, and peaceful mediation from my traumatizing event. You only brought more fear, doubt, and insecurity.

Looking for peace since July 13, 2023,

Dr. Lori Myles

On Sun, Jan 14, 2024 at 8:29 PM Jenna B. Matson (AUG) <jmatson@attorneykennugent.com> wrote:

Thank you for your response- I will continue to negotiate the lien with the hospital.

I'm happy to meet again to go over your questions. Please take all the time you need.

Thanks, Jenna

Sent from my iPhone

Jenna Matson
Attorney At Law
Kenneth S. Nugent, P.C.
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5413 - Office/Fax
jmatson@attorneykennugent.com
www.attorneykennugent.com

Myles United States District Court Civil Action  Page **72** of **116**

**Jenna Matson**
**Attorney At Law**
**Kenneth S. Nugent, P.C.**
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5413 - Office/Fax
jmatson@attorneykennugent.com
www.attorneykennugent.com

<ksnoutlooklogo_556e20f2-28b4-4e9f-b5e5-
f35939efce32.png>

<TwitterLogo2020365_d739ac41-68b3-49d9-a603-
ee5d3f6dc147.png>

<YTStack2020365_63e01d5a-6c93-434b-ba17-
da8131f81893.png>

<RSS2020365_07c0c741-cdf9-4721-84a1-
3e79d5f56aaa.png>

<FacbookLogo2020365_5e746ce9-b28f-4cba-ab3c-
0c226c063a3f.png>

<Google2020365_82c88f87-f4cf-40ca-a499-
190418074006.png>

<outlooknlogo_3c166e4f-3305-40df-a568-
0770dca8d9f6.png>

<ksnpartneremailicons22_0f1eb1d5-e05e-456e-bf3b-
79cf1e018d3b.png>

NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

From: Jenna B. Matson (AUG)
Sent: Wednesday, January 3, 2024 10:07 AM
To: drlorimyles@gmail.com
Subject: RE: Myles/ Nugent Law Firm Concerns

Dear Dr. Myles,

Thank you for your email. The signed UIM rejection form that was provided to me was signed by Kerwin Myles on April 25, 2022. So I don't have any indication that there is any foul play on behalf of Allstate. Please see attached.

As you are aware Allstate has offered $5,000 which is the difference between your $30,000 UM coverage offset by the at fault driver's policy limits of $25,000.

As for your health insurance- unfortunately, reviewing your EOB with Anthem is not the same as the lien status that Is held by Augusta University. You are correct in that many of your bills were paid by health insurance. As a hospital, Augusta University Medical Center gets special treatment under the law.

a. GA Code § 44-14-470 (2020) Any person, firm, hospital authority, or corporation operating a hospital, nursing home, or physician practice or providing traumatic burn care medical practice in this state shall have a lien for the reasonable charges for hospital, nursing home, physician practice, or traumatic burn care medical practice care and treatment of an injured person, which lien shall be upon any and all causes of action accruing to the person to whom the care was furnished or to the legal representative of such person on account of injuries giving rise to the causes of action and which necessitated the hospital, nursing home, physician practice, or provider of traumatic burn care medical practice care, subject, however, to any attorney's lien. The lien provided for in this subsection is only a lien against such causes of action and shall not be a lien against such injured person, such legal representative, or any other property or assets of such persons and shall not be evidence of such person's failure to pay a debt. This subsection shall not be construed to interfere with the exemption from this part provided by Code Section 44-14-474.

Augusta University holds a lien against the settlement for treatment they provided. Please see attached Enablecomp lien and AUMC Reduction Approval.

I know this situation is very frustrating. If I thought there were assets to pursue I would gladly sue the Estate of Donald Heathman on your behalf. We appreciate your trust in our firm and I hope I have answered your questions. Please let me know if you have any other questions.

Very Truly, Jenna

From: Iris A. Rodriguez (AUG) <IRodriguez@attorneykennugent.com>
Sent: Wednesday, January 3, 2024 7:28 AM
To: Jenna B. Matson (AUG) <jmatson@attorneykennugent.com>
Cc: Jennifer Palmer (AUG) <jpalmer@attorneykennugent.com>
Subject: FW: Myles/ Nugent Law Firm Concerns

Iris Rodriguez
Case Manager
Kenneth S. Nugent, P.C.
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5417 - Office/Fax
IRodriguez@attorneykennugent.com
www.attorneykennugent.com

—I wrote Allstate too concerning this issue showing the company's contractual form and signature As noted, and observed; the local ALLSTATE firm's offset seems to deceive me and settlement status in 2 instances. One instance was when the firm actually changed my policy JULY 14, 2023 without authorization, or notice; (Just think, ONE DAY after my accident). I don't know if you noticed it.

The second instance was concerning the "supposed" signed rejection of the UMI was not the totality, of the 3 "choiced-box" agreement.  This was not the case, as a matter of fact, the actual form could not be completed past PAGE 1, if my husband had rejected the UMI INSURANCE. Either I don't understand, or Allstate has not fulfilled its part in this scenario of insurance and "good hands."

Second Discrepancy: My health insurance billing debts, and the need to repay those debts that I only incurred. Why am I bearing my own medical bills twice? Not only did my injuries come after another driver's mentality decided that his life was no longer important enough to keep; but he was vindictive enough to try and take someone else with him. GRACE.

Yet, as a state employee, health insurance premiums don't come cheap when it comes to taking care of our day-to day health. Mine is $376.00 per paycheck. So, I decided to research the validity of the medical mediation quote of $12,000.00. The amount may not be much to some, but when you're paying someone else to be your voice, I want no verity, nor crickets chirping. The subtraction meditation agreement was over 1/3 of the total, so I emailed, called, and chatted until I received a Print-out of all my HEALTH CLAIMS beginning July 13th, up until the present.

With no disrespect, the claims are not as you are reporting, and asking me to settle upon as an agreement as payment to your firm as my representative. According to ADP/ANTHEM/SHBP (please forgive the acronyms); the billing is not only as the attachments, but THEY WERE ALSO PAID IN FULL BY MY HEALTH INSURANCE COMPANY.

So, in essence if anyone is to pay for my medical bills, it should be via the subjugation efforts by/through GEICO. There should be "Not another bill" percentiled and/or quota-ed by and from your company as a partial bill to ME). I am the VICTIM. Just because I did not die does not place me, or should inadvertently appropriate, or nominate me as  the PAYEE, or sponge of disdain.

THROUGHOUT THIS ACCIDENT, My health, especially now. mentally has been challenged on every level. It is my hope that the discrepancy with the Nugent Law Firm can be explained. If not, then The Nugent Law Firm has not lived up to its potential. I trusted you, and your firm. I didn't and don't expect deception, but something is not adding up with the finality of data, signatures, and outcome.

I have truly been Oblivious to the expertise needed to begin, and end this TRAUMATIC EXPERIENCE. The NUGENT LAWFIRM has been my choice of trust, BUT we must consider the next move needed to end this trauma on every level.

p.s. please see the

<image009.jpg>

<image010.jpg>

<image011.jpg>

succeeding email attachments from ADP/ANTHEM/SHBP Insurance

Sincerely,

&lt;image002.png&gt;

&lt;image003.png&gt;

&lt;image004.png&gt;

&lt;image005.png&gt;

&lt;image006.png&gt;

&lt;image007.png&gt;

&lt;image008.png&gt;

NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

From: Dr. Lori Myles &lt;drlorimyles@gmail.com&gt;
Sent: Tuesday, January 2, 2024 6:33 PM
To: Dr. Lori Myles &lt;drlorimyles@gmail.com&gt;; Iris A. Rodriguez (AUG) &lt;IRodriguez@attorneykennugent.com&gt;
Subject: Myles/ Nugent Law Firm Concerns

Forgive me, I didn't have Ms. Madden email, please forward.

Dr. Lori Myles

———— Forwarded message ————
From: Dr. Lori Myles &lt;drlorimyles@gmail.com&gt;
Date: Mon, Jan 1, 2024 at 9:52 PM
Subject: Myles/ Nugent Law Firm Concerns
To: Dr. Lori Myles &lt;drlorimyles@gmail.com&gt;, kerwin myles &lt;pastorkmyles@gmail.com&gt;

Esquire Madden, a few things concern me when it comes to the finalizations of my accident.

Truly, even the fact that no investigation was done, nor requested for the CAUSE of this "head on collision was already surprising, but no, probates, insurance discrepancies, and stolen wedding rings, cause me more than an alarm to stay silent. Either, I am experiencing a "Murphy's Law" moment, or deception has decided to collide head-on with my life as on Saturday, July 13th.

Allow me to explain two particular discrepancies:

First Discrepancy: When you told me that my 38-year Allstate Insurance Company stated I, or my husband signed a form rejecting UMI insurance.



Dr. Lori Myles,

Client/Accident Victim

--

Dr. Lori Myles

 Gmail

Dr. Lori Myles <drlorimyles@gmail.com>

## MYLES HEALTH INSURANCE Coverage 7/13

1 message

Dr. Lori Myles <drlorimyles@gmail.com>                                Wed, Apr 17, 2024 at 6:47 PM
To: ALLSTATE-RAPID SETTLEMENT <386702144-5e828822-1da6-4150-a1db-2799710d7bf7_5814@mg.copart.com>, Allstate Insurance Claims Team <claims@claims.allstate.com>, "Dr. Lori Myles" <drlorimyles@gmail.com>, kerwin myles <pastorkmyles@gmail.com>

This particular message will also be forwarded to Miss Clevenger of Geico insurance with the statement that all insurance claims from the Medical College of Georgia had already been paid by (SHBP) state health benefit insurance, and ALL SUBMITTED BILLS AND INVOICES HAVE BEEN PAID.

Furthermore, ALL LIABILITY SHOULD BE CARRIED BY GEICO INSURANCE (HEATHMAN ESTATE) AND NOT LORI MYLES, as being done presently.
I will continue to seek legal resolve... I am not the AT-FAULT DRIVER, yet every insurance entity is doing its best to chip, away at whatever settlement possible.

These documents once again prove the LAWYER's egregious, efforts to invoke unjust deficits as my representation.

In essence, my legal decision even protected BOTH INSURANCE COMPANIES. Any deceit, or knowledge not shared purposefully (I.e., to me as a client who has entrusted my lawyer speak on my behalf) that put me at settlement disadvantage, not only disenfranchises me, but my advocated INSURANCE COMPANY and the laws associated with my FEDERALLY MANDATED Civil Rights.

So, despite the data, depictions, and/or deceptions via my former lawyer, BOTH INSURANCE COMPANIES are legally bound to do what's right... Yes, I am subjective as your client to some, but this SBHP Insurance submission validates my reasoning to release my lawyer, and to challenge the predetermined settlement of a a 33and 1/2 % which was already evidence of price gouging, and illegal activity beyond the norm.

Truly, I wish this could end quickly, but GEICO's stance to side with an already UNETHICAL decision to do to render the funding back to the lawyers. I ll shall fight with every avenue given to me as a client of integrity and a U.S. Citizen. Maybe this accident was an "eye opener" of INJUSTICE overlooked, but often done to a minority of those who have had no voice.

Once again, I humbly ask for a "VOICE" during your subjugational phone calls of CLIENT REPRESENTATION.

Because I have no email contact; My mailed portion of this email shall go to:
Attn: Carolynn Clevinger
Claim Number: 057665126-000004
One Geico Center
Macon Georgia 31296-001
478-621-1840

Sincerely,

---

**13 attachments**

**IMG_0066.PNG**
409K



IMG_0065.PNG
398K

IMG_0068.PNG
395K

IMG_0070.PNG
380K

IMG_0073.PNG
454K

IMG_0072.PNG
485K



IMG_0067.PNG
394K

IMG_0063.PNG
364K

IMG_0062.PNG
579K

IMG_0069.PNG
397K

IMG_0064.PNG
381K



IMG_0061.PNG
303K

IMG_0071.PNG
363K

Kenneth S. Nugent
William D. Holman, IN
Russell T. Deutschman, PA
M. Brian Clements
Michael G. Orr
Abikbah Khan
Michael C. Chepof
James J. Kasprzycki, SC, NC
Christopher J. Adams, WV
J. Matthew Kirtlink, FL
Staci L. Alexander, AL
Angela Gore
Barton H. Goode
Jan P. Cohen
Matthew C. Richardson
Kaitlin Nugent Hammill
William G. Hammill
Mary Lynn Paulson
Jenna B. Matson

Marcus T. Roberts, SC
Matthew A. Harris
Casey L. Ford
Brad G. Valentine
Stephen J. Anderson
Syed Kumail Rizvi
Eric A. Sterling
Michael H. Ruder, IL
M. Callan Hamby
Anthony S. Perez, FL
Kathryn B. Reddy, ME, NH, MA
Hal F. Higgins
Basil S. Buchanan, Jr.
Kent T. Kelso
Delia Williams Carroll
Lucas W. Griffin
Allison E. Horne
Jason E. Downey
Jacob Kanter

# KENNETH S. NUGENT, P.C.
## ATTORNEYS AT LAW

One 10th Street
Riverfront Center, Suite 550
Augusta, Georgia 30901
(706) 724-3231
Fax (706) 724-3555
WWW.ATTORNEYKENNUGENT.COM

February 29, 2024

Via Electronic Mail and US mail

Mrs. Lori A. Myles
2083 Willhaven Drive
Augusta, GA 30909

Re:    Date of accident:     07/13/2023
       Our file no.:          1098492

Dear Mrs. Myles,

As we discussed during our telephone call on February 27, 2024, after a careful review of the facts and circumstances surrounding your case, we regret to inform you we are no longer in a position to represent you with regard to your claims arising from the accident on July 13, 2023. At this time, we are closing our file and must withdraw as your attorney.

Should you decide to seek other counsel, please be aware of the time limit for filing a lawsuit based on your claim. Under Georgia law, your claim will expire and be forever lost if you do not file a lawsuit within two (2) years of the date of the accident. This is Georgia's "statute of limitations."

Upon request, we will mail a copy of your file to you.

Our decision not to go forward with this matter should not be construed by you as a statement on the merits of your case. In declining to represent you, we are not expressing an opinion on whether or not you will prevail if a lawsuit is filed by you or another law firm on your behalf.

I am sorry we could not be of greater assistance to you. We wish you the best in the future.

Sincerely,

Jenna B. Matson
Attorney At Law

# ALLSTATE POLICY CHANGES

No Mention of UnderInsured Within the Policies despite Signature of Husband's (Kerwin Myles) Acceptance

## Amended auto policy declarations

Your policy effective date is April 22, 2023





Page 1 of 4

Information as of June 20, 2023

### Total Premium for the Policy Period

Please review your insured vehicle and verify its VIN is correct.

| Vehicle covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2024 Mercedes-B Gle350 | 4JGFB4FB0RA970034 | $1,768.55 |
| Additional coverages | | 41.72 |
| **Total*** | | **$1,810.27** |

*Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s). If you do not pay your bill by the due date shown on your billing statement, you may be charged a late fee.*

### Discounts (included in your total premium)

| | | | | |
|---|---|---|---|---|
| Allstate Easy Pay Plan | $80.70 | Safe Driving Club® | $636.39 |
| Multiple Policy | $273.48 | Responsible Payer | $135.31 |
| Homeowner | $242.46 | Allstate Auto/Life | $39.74 |
| Risk Avoidance | $553.43 | Antilock Brakes | $123.99 |
| New Car | $359.79 | Electronic Stability Control | $135.90 |

| **Total discounts** | **$2,581.19** |
|---|---|

| Policy discounts | | | | $1,961.51 |
|---|---|---|---|---|
| Allstate Easy Pay Plan | $80.70 | Homeowner | $242.46 |
| Safe Driving Club® | $636.39 | Allstate Auto/Life | $39.74 |
| Multiple Policy | $273.48 | Risk Avoidance | $553.43 |
| Responsible Payer | $135.31 | | |

| 2024 Mercedes-B Gle350 discounts | | | | $619.68 |
|---|---|---|---|---|
| Antilock Brakes | $123.99 | New Car | $359.79 |
| Electronic Stability Control | $135.90 | | |

### Summary

Named Insured(s)
**Kerwin Myles, Lori A Myles**

Mailing address
**2083 Willhaven Dr
Augusta GA 30909-0653**

Policy number
**831 690 489**

Your policy provided by
**Allstate Property and Casualty Insurance Company**

Policy period
Beginning **April 22, 2023** through **October 22, 2023** at 12:01 a.m. standard time

Your policy changes are effective **June 21, 2023**

Your Allstate agency is
**Robby Grandle Agy**
156 S Belair Rd
Martinez GA 30907
(706) 860-0261
ROBBYGRANDLE@allstate.com

Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.

Myles





12/26/23, 7:45 PM                                                    My Claim

## Coverages & deductibles                                              ✕

**Uninsured Motorist Bodily Injury**

Helps pay for injuries to you or anyone in your vehicle, if the person who caused the auto accident does not have insurance.

Your limit:

**$30,000 / person   $85,000 / incident**

Roadside help
**Roadside Coverage**

Pays for help if your battery dies, you get a flat tire, you lock yourself out of your car, or run out of gas while on the road, for example. It also pays for towing and labor charges should your vehicle become disabled.

Your limit:

**$100**

Their injuries
**Bodily Injury Liability**

Helps pay for another person's medical bills, wages and other expenses, if they are hurt due to an accident that you caused.

Your limit:

**$30,000 / person   $85,000 / incident**

Their vehicle & stuff
**Property Damage Liability**

Helps pay for damage to another person's property, like a car or a building, damaged in an accident that you caused.

Your limit:

**$50,000**

*This information is to provide a general summary of coverages and is not a contract. Coverage is governed by the terms and limitations of your policy.

https://myclaims.allstate.com                                              1/2

Myles United States District Court Civil Action  Page **85** of **116**



**Allstate.**

Robby Grandle Agy
156 S Belair Rd
Martinez GA 30907

KERWIN MYLES LORI A MYLES
2083 WILLHAVEN DR
AUGUSTA GA 30909-0653

Information as of June 20, 2023

Policyholder(s)                          Page 1 of 2
**Kerwin Myles, Lori A Myles**

Policy number
**831 690 489**

Your Allstate agency is
**Robby Grandle Agy**
(706) 860-0261
ROBBYGRANDLE@allstate.com

## We're confirming your policy change

Thank you for choosing Allstate to help protect what's important to you. I've enclosed documents that confirm the policy change(s) you requested. You'll find your coverage details listed on the enclosed amended policy declarations.

The following change(s) are effective as of 06/21/2023:

A change in description for your 24 Mercedes-B Gle350.
A change in insurance coverage.
Changes to vehicle usage.

Your premium for the current policy period has been increased by a total of $579.59. Your discount savings for this policy period are: $2,581.19.

### How to contact us
Give me a call at (706) 860-0261 if you have any questions. It's my pleasure to keep you in good hands.

EA120-1



Thank you for choosing Allstate

**Allstate.**

**Proof of Insurance Card**                                                                                 Page 1 of 2

For your convenience, two insurance cards have been included for each vehicle. State law requires that one of these cards be kept in each vehicle. Please place them in your vehicles by the effective date.

**Allstate.**                                              **Allstate.**

*Please use the printed Insurance Cards below.*            *Please use the printed Insurance Cards below.*

**Allstate.**                                              **Allstate.**

*Please use the printed Insurance Cards below.*            *Please use the printed Insurance Cards below.*

**Allstate.**                                              **Allstate.**

*Please use the printed Insurance Cards below.*            *Please use the printed Insurance Cards below.*

| Georgia Insurance Policy Information Card | **Allstate.** |
|---|---|

Allstate Property and Casualty Insurance Company

POLICY NUMBER        EFFECTIVE DATE
90 489               04/22/23
TION DATE
0/22/23

Kerwin and Lori A Myles
2083 Willhaven Dr
Augusta GA 30909-0653

YEAR / MAKE / MODEL       VEHICLE ID NUMBER
2024 Mercedes-B Gle350    4JGFB4FB0RA970034

The current status of actual motor vehicle liability insurance coverage is maintained by the GA

| Georgia Insurance Policy Information Card | **Allstate.** |
|---|---|

Allstate Property and Casualty Insurance Company

POLICY NUMBER        EFFECTIVE DATE
831 690 489          04/22/23
EXPIRATION DATE
10/22/23

Kerwin and Lori A Myles
2083 Willhaven Dr
Augusta GA 30909-0653

YEAR / MAKE / MODEL       VEHICLE ID NUMBER
2024 Mercedes-B Gle350    4JGFB4FB0RA970034

The current status of actual motor vehicle liability insurance coverage is maintained by the GA

## Amended auto policy declarations

Your policy effective date is October 22, 2023

  Platinum  Gold  Standard  Value Plan

 Allstate.

Page **1** of 5

Information as of November 16, 2023

### Total Premium for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2024 Mercedes-B Gle350 | 4JGFB4FB0RA970034 | $361.24 |
| 2020 Cadillac Escalade | 1GYS4BKJ7LR265636 | 551.00 |
| Additional coverages | | 104.26 |
| **Total*** | | **$1,016.50** |

\* *Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s). If you do not pay your bill by the due date shown on your billing statement, you may be charged a late fee.*

### Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Allstate Easy Pay Plan | **$34.11** | Safe Driving Club® | **$289.90** |
| Multiple Policy | **$154.78** | Responsible Payer | **$60.17** |
| Homeowner | **$115.97** | Allstate Auto/Life | **$16.91** |
| Risk Avoidance | **$191.09** | Antilock Brakes | **$59.94** |
| New Car | **$29.31** | Electronic Stability Control | **$47.71** |

| **Total discounts** | **$999.89** |
|---|---|

| **Policy discounts** | | | **$862.93** |
|---|---|---|---|
| Allstate Easy Pay Plan | $34.11 | Homeowner | $115.97 |
| Safe Driving Club® | $289.90 | Allstate Auto/Life | $16.91 |
| Multiple Policy | $154.78 | Risk Avoidance | $191.09 |
| Responsible Payer | $60.17 | | |

| **2024 Mercedes-B Gle350 discounts** | | | **$53.77** |
|---|---|---|---|
| Antilock Brakes | $16.64 | New Car | $29.31 |
| Electronic Stability Control | $7.82 | | |

| **2020 Cadillac Escalade discounts** | | | **$83.19** |
|---|---|---|---|
| Antilock Brakes | $43.30 | Electronic Stability Control | $39.89 |

### Summary

**Named Insured(s)**
**Kerwin Myles, Lori A Myles**
Mailing address
**7 Park Place Cir**
**Augusta GA 30909-6054**

Policy number
**831 690 489**

Your policy provided by
**Allstate Property and Casualty Insurance Company**

Policy period
Beginning **October 22, 2023** through **April 22, 2024** at 12:01 a.m. standard time

Your policy changes are effective **July 14, 2023**

Your Allstate agency is
**Robby Grandle Agy**
156 S Belair Rd
Martinez GA 30907
(706) 860-0261
ROBBYGRANDLE@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

GAC10AMD





Amended auto policy declarations
Policy number:        **831 690 489**
Policy effective date:    October 22, 2023

Page **2** of 5

### Listed drivers on your policy*

**Kerwin Myles** - Married male driver, age 61, Safe Driving Club
**Lori Myles** - Married female driver, age 60, Safe Driving Club

*Are there licensed drivers _not listed above_ who either reside in your household (even if temporarily away from home) or are guests staying in your home for an extended period? If so, please contact us so your policy information and coverage is up to date. There are circumstances under which a loss may not be covered by this policy because the auto was being operated by someone residing at your house who is not listed on the policy. Additional detail about how we treat undisclosed drivers can be found in your policy.

### Excluded drivers from your policy

None



Amended auto policy declarations
Policy number: **831 690 489**
Policy effective date: October 22, 2023

Page **3** of 5

**Allstate.**

## Coverage detail for 2024 Mercedes-B Gle350

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $353.89 |
| • Bodily Injury | $30,000 each person $85,000 each occurrence | | |
| • Property Damage | $50,000 each occurrence | | |
| Auto Collision Insurance | **Not purchased\*** | | |
| Auto Comprehensive Insurance | **Not purchased\*** | | |
| Collision for Custom Equipment | **Not purchased\*** | | |
| Comprehensive for Custom Equipment | **Not purchased\*** | | |
| Roadside Coverage | **Not purchased\*** | | |
| Transportation Expense | **Not purchased\*** | | |
| Uninsured Motorists Insurance | | | |
| • Property Damage | $50,000 each accident | $250 | $7.35 |
| Auto Replacement Protection | **Not purchased\*** | | |
| Automobile Medical Payments | **Not purchased\*** | | |
| Portable Electronics and Media | **Not purchased\*** | | |
| Sound System | **Not purchased\*** | | |
| **Total premium for 2024 Mercedes-B Gle350** | | | **$361.24** |

**\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

VIN 4JGFB4FB0RA970034

**Rating information**
• The rating information for this vehicle is: for pleasure
• This vehicle is driven between 12,001 and 13,000 miles per year.

## Coverage detail for 2020 Cadillac Escalade

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $157.83 |
| • Bodily Injury | $30,000 each person $85,000 each occurrence | | |
| • Property Damage | $50,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $500 | $231.85 |
| Auto Comprehensive Insurance | Actual cash value | $100 | $117.31 |
| Collision for Custom Equipment | **Not purchased\*** | | |
| Comprehensive for Custom Equipment | **Not purchased\*** | | |
| Roadside Coverage | $100 each disablement | Not applicable | $6.50 |

(continued)

GAO104MD

Amended auto policy declarations
Policy number:    **831 690 489**
Policy effective date:    October 22, 2023

Page 4 of 5

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Transportation Expense | up to $40 per day for a maximum of 30 days | Not applicable | $31.31 |
| Uninsured Motorists Insurance | | | |
| • Property Damage | $50,000 each accident | $250 | $6.20 |
| Auto Replacement Protection | **Not purchased*** | | |
| Automobile Medical Payments | **Not purchased*** | | |
| Portable Electronics and Media | **Not purchased*** | | |
| Sound System | **Not purchased*** | | |
| Total premium for 2020 Cadillac Escalade | | | $551.00 |

***This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.**

**VIN** 1GYS4BKJ7LR265636

**Rating information**
• The rating information for this vehicle is:  for pleasure
• This vehicle is driven between 7,001 and 8,000 miles per year.

## Additional coverages

The following policy coverages are also provided.

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Death Indemnity Insurance | $10,000 benefit | Not applicable | Included |
| Uninsured Motorists Insurance for Bodily Injury | $30,000 each person $85,000 each accident | Not applicable | $104.26 |
| Total | | | $104.26 |

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

• Allstate Auto Policy - ACR65
• Automobile Death Indemnity Insurance-Coverage CM - ACR67
• GA Amendatory Endorsement - ACR195-1

• GA Uninsured Motorists Insurance - Coverage SS - ACR197
• GA Bundling Benefits Endorsement - ACR199

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ A $10.00 late fee may be assessed if payment is received after the due date.

▶ This policy does not provide medical coverage.

Amended auto policy declarations
Policy number:          831 690 489
Policy effective date:    October 22, 2023

Page **5** of 5

⊛ **Allstate.**

**Allstate Property and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*William Hill*

William Hill
President

*Susan L Lees*

Susan L. Lees
Secretary

GA010AMD

Policy endorsement
Policy number: **831 690 489**
Policy effective date: April 22, 2023

2. **bodily injury** or **property damage** sustained while in, on, getting into or out of, or when struck by an uninsured **motor vehicle** which is not an **insured auto** but is owned by **you** or a **resident** relative. This exclusion does not apply to **you** or a **resident** relative.

3. **bodily injury** or **property damage** sustained while in, on, or getting into or out of a vehicle **you** own which is insured for this coverage under another policy.

4. **bodily injury** or **property damage** if the payment would directly or indirectly benefit any workers compensation or disability benefits insurer, including a self-insurer.

5. **property damage** when it directly or indirectly benefits any insurer of property.

6. **property damage** for which an **insured person** has been compensated by other property or physical damage insurance.

7. **bodily injury** or **property damage** arising out of the participation in any prearranged, organized or spontaneous:
   a) racing contest;
   b) speed contest; or
   c) use of a **motor vehicle** at a track or course designed or used for racing or high performance driving,
   or in practice or preparation for any contest or use of this type.

8. **bodily injury** or **property damage** arising out of the use of:
   a) an **insured auto** while used by an **insured person** to carry persons, products or property for any form of compensation, including but not limited to fees, delivery charges or wages generally; or
   b) any **auto** an **insured person** is driving while available for hire by the public.

   This exclusion does not apply to **shared-expense car pools**.

9. **bodily injury** or **property damage** arising out of the use of **your insured auto** while it is rented to, leased to, or loaned for a charge to, any person or organization by or with the permission of an **insured person**. However, this exclusion does not apply to the operation of a covered vehicle by **you** or a person related to **you** by blood, marriage, or adoption.

**Limit Of Liability**
The **Uninsured Motorists Insurance** limit stated on the Policy Declarations is the maximum amount payable for this coverage by this policy for any one accident. This means the insuring of more than one **auto** for other coverages afforded by this policy will not increase **our** limit of liability beyond the amount shown on the Policy Declarations.

Regardless of the number of **insured autos** under this coverage, the specific amount for **Uninsured Motorists Insurance—Bodily Injury** shown on the Policy Declarations is the maximum **we** will pay under this policy for:

1. "each person" for damages arising out of **bodily injury** to any one person in any one **motor vehicle** accident, including all damages sustained by anyone else as a result of that **bodily injury**.

2. "each accident" for damages arising out of **bodily injury** to two or more persons in any one **motor vehicle** accident. This "each accident" limit is subject to the " each person" limit.

The **Uninsured Motorists Insurance—Property Damage** coverage limit shown on the Policy Declarations for "each accident" is the maximum that **we** will pay for **property damage** arising out of any one **motor vehicle** accident.

The limits for **Uninsured Motorists Insurance** will be reduced by all amounts paid by or on behalf of the owner or operator of the uninsured or underinsured **motor vehicle**, including partial payments made by an insolvent insurer.

**We** are not obligated to make any payment for **bodily injury** or **property damage** under this coverage which arises out of an accident involving the use of an underinsured **motor vehicle** until after the limits of liability for all liability protection in effect and applicable at the time of the accident have been exhausted by payment of judgments or settlements.

Subject to the above limits of liability, damages payable will be reduced by:
1. any deductibles shown on the Policy Declarations for this coverage.

2. all amounts paid by the owner or operator of the uninsured **auto** including an underinsured **motor vehicle**, or anyone else responsible. This includes all sums paid under the bodily injury liability coverage or property damage liability coverage of this or any other **motor vehicle** policy.

3. all amounts payable under any workers compensation law (exclusive of non-occupational disability benefits).

4. all medical payments coverage, or any similar benefits paid or payable under this or any other **motor vehicle** policy.

**Two Or More Insurers**
In any instance where a claim arising out of a **motor vehicle** accident is covered by two or more insurers and for which coverage is sought under **Uninsured Motorists Insurance**, one insurer may tender and the claimant may accept the limits of the policy tendered. Acceptance of the limits tendered may be made in connection with a limited release of liability for the insurer tendering payment.

**Non-Duplication Of Benefits**
No injured person will recover duplicate benefits for the same elements of loss under this or any other uninsured motorists insurance, including approved plans of self-insurance.

**Trust Agreement**
When **we** pay any person under this coverage:
1. **we** are entitled to repayment of amounts paid by **us** and related collection expenses out of the proceeds of any settlement or judgment that person recovers from any responsible party or insurer after the insured has been fully compensated.

065 010 010
230621A301890

Policy endorsement
Policy number:        **831 690 489**
Policy effective date:  April 22, 2023

Page 3 of 3

 **Allstate.**

2.  all rights of recovery against any responsible party or insurer must be maintained and preserved for **our** benefit.

3.  injured persons, if **we** request, must take appropriate action in their name to recover damages from any responsible party or insurer. **We** will select the attorney and pay all related costs and fees.

**We** will not ask the injured person to sue the insured of an insolvent insurer.

**Payment Of Loss By Us**
Any amount due is payable to the injured person or to that person's legal representative.

**Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Uninsured Motorists Insurance**, unless there is full compliance with all policy terms and, except as provided below, such action is commenced within two years after the date of the accident.

If an **insured person** commences a timely action against the owner or operator of an uninsured **auto** to recover damages for loss arising out of the accident and gives **us** written notice of such action within 30 days after such action is commenced, an action against **us** related to the existence or amount of coverage, or the amount of loss for which coverage is sought, may be brought more than two years after the date of the accident, but in no event later than the earliest of the following to occur:

1.  one year after entry of a final judgment or other court order terminating such lawsuit against the owner or operator of an uninsured **auto**; or

2.  one year after **we** deny coverage.

All other policy terms and conditions apply.

_____





11/21/23, 9:30 AM                                    My Account

Automobile 831690489

# policy overview

## Your claims

**Claim number 0722084068**
Filed on 07-13-2023

file a claim

view all claims

## Policy highlights

**Provided by:**
Allstate Property & Casualty Insurance Company

**Effective 10-22-2023 to 04-22-2024**

**Vehicle(s) on this policy:**
2024 Mercedes-b Gle350
2020 Cadillac Escalade

view details & coverages

request policy update

## Payments

Manage your payments.

https://myaccountrwd.allstate.com/secured/policy/policy-overview                1 4

Feedback



11/21/23, 9:30 AM                                                My Account

Automobile 831690489

# details & coverages

Effective **10-22-2023** to **04-22-2024**

$1,016.50                                        $999.89

Total premium                                    Total discounts

This total premium amount shown may not include all taxes, fees, assessments or surcharges. Please see your Policy Declarations for the total premium amount.

**request policy update**

**View policy document**

Drivers                                          **Update drivers**

Kerwin Myles          Lori A Myles

Vehicles                                         **Update vehicles**

2024 Mercedes-b Gle350        Premium: $361.24
VIN 4JGFB4FB0RA970034         Discounts: $53.77

Coverage details

**Automobile Liability Insurance**

DEDUCTIBLE
Not applicable

Feedback

https://myaccountrwd.allstate.com/secured/policy/coverages/auto                    1/5



**PREMIUM**
**$353.89**

Bodily Injury

**LIMITS**
$30,000 each person
$85,000 each occurrence

Property Damage

**LIMITS**
$50,000 each occurrence

**Collision for Custom Equipment**

LIMITS
**Not purchased***

**Comprehensive for Custom Equipment**

LIMITS
**Not purchased***

**Portable Electronics and Media**

LIMITS
**Not purchased***

**Roadside Coverage**

LIMITS
**Not purchased***





11/21/23, 9:30 AM

My Account

## Discount details

**ANTILOCK BRAKES**
$16.64

**NEW CAR**
$29.31

**ELECTRONIC STABILITY CONTROL**
$7.82

### 2020 Cadillac Escalade
VIN 1GYS4BKJ7LR265636

Premium: $551.00
Discounts: $83.19

## Additional coverages

**Uninsured Motorists Insurance for Bodily Injury**

LIMITS
**$30,000 per person**
**$85,000 per accident**

DEDUCTIBLE
Not applicable

PREMIUM
$104.26

**Automobile Death Indemnity Insurance**

LIMITS
**$10,000 benefit**

DEDUCTIBLE
Not applicable

PREMIUM
included

Feedback

https://myaccountrwd.allstate.com/secured/policy/coverages/auto

4/5

Myles United States District Court Civil Action  Page **99** of **116**



11/21/23, 9:30 AM                                                My Account

## Additional discounts

| | | |
|---|---|---|
| **MULTIPLE POLICY** | **HOMEOWNER** | **ALLSTATE EASY PAY PLAN** |
| $154.78 | $115.97 | $34.11 |
| **SAFE DRIVING CLUB** | **RESPONSIBLE PAYER** | **ALLSTATE AUTO/LIFE** |
| $289.90 | $60.17 | $16.91 |
| **RISK AVOIDANCE** | | |
| $191.09 | | |

$862.93 Total additional discounts

## Surcharges, fees and taxes

For more information about your surcharges, fees and taxes, please refer to your policy document.

Provided for informational purposes only. This is not your contract or a legal representation of coverage. Please see your declarations page and policy documents for complete coverage and premium details.

Feedback

©2023 Allstate Insurance Company. All Rights Reserved.

https://myaccountrwd.allstate.com/secured/policy/coverages/auto                                                5/5



**Allstate.**

Robby Grandle Agy
156 S Belair Rd
Martinez GA 30907

Information as of November 16, 2023

Policyholder(s)                                        Page 1 of 2
**Kerwin  Myles, Lori A Myles**

Policy number
**831 690 489**

Your Allstate agency is
**Robby Grandle Agy**
(706) 860-0261
ROBBYGRANDLE@allstate.com

KERWIN MYLES LORI A MYLES
7 PARK PLACE CIR
AUGUSTA GA 30909-6054

## We're confirming your policy change

Thank you for choosing Allstate to help protect what's important to you. I've enclosed documents that confirm the policy change(s) you requested. You'll find your coverage details listed on the enclosed amended policy declarations.

The following change(s) are effective as of 07/14/2023:

The addition of your 20 Cadillac Escalade.
A change in named insured's address.
A change in insurance coverage.
Changes to vehicle usage.
A change in insurance coverage.

Your premium for the current policy period has been decreased by a total of $752.46. Your discount savings for this policy period are: $999.89.

## How to contact us

Give me a call at (706) 860-0261 if you have any questions. It's my pleasure to keep you in good hands.

EA120-1

To: DRLORIMYLES@GMAIL.COM
Subject: FW: Claim Number 0722084068 - Lori Myles Conversation ID:
FR8db1252236ce45

Good morning,

Please see below. They lowered their amount to $21,443.85 from your settlement, and they are requesting you to complete a financial aid request for the remaining portion. I cannot do this. You will need to contact them and discuss the amounts that they are holding against your settlements. Please make sure to get any negotiations in writing and submit to this file.

Thank you,

Danae El Bakkouri
Phone: (405) 486-3255
Fax: (866) 447-4293
claims@claims.allstate.com
Allstate Property and Casualty Insurance Company

CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.

**** Please do not delete your unique Conversation ID ****

*** Conversation ID: FR4c59691ff0ae49 ***

---------------------------------------------------------------------------------

From: claims@claims.allstate.com
Sent: Friday, May 03, 2024, 12:12 PM
To: claims@claims.allstate.com
Subject: [External] Re: Claim Number 0722084068 - Lori Myles Conversation ID:
FR8db1252236ce45

Good afternoon,
Augusta University Medical Center will accept $21,443.85 as a partial payment. For the remaining balance, the patient can apply with AUMC for financial assistance. Thank you!

**Mr. Jordan Mills**

Revenue Specialist, MVA

EnableComp

P: 706.813.6057 I F: 706.842.2498

   4057 Rural Plains Circle, Suite 400, Franklin, TN 37064

www.EnableComp.com

.

The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message contains confidential and privileged communication. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any unauthorized distribution or copying of this email or the information contained in it is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. EnableComp, LLC. is not responsible for errors or omissions in this message. Any personal comments made do not necessarily reflect the views of EnableComp.

**From:** Allstate Insurance

**Sent:** Friday, April 26, 2024 12:00 PM

**To:** Jordan Mills

**Subject:** Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

You don't often get email from allstate@service01.email-allstate.com. Learn why this is important

CAUTION: This email originated from outside of EnableComp's email system. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Claim **0722084068**



Hello,

I am just following up on this file for Ms. Lori Myles.

Are you able to provide an update lien amount, reflecting any reduction?

Thank you in advance,

Danae El Bakkouri

Phone: (405) 486-3255

Fax: (866) 447-4293

claims@claims.allstate.com

Allstate Property and Casualty Insurance Company

CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.

**** Please do not delete your unique Conversation ID ****

*** Conversation ID: FR8db1252236ce45 ***

----------------------------------------------------------------------------------

From: JMills@enablecomp.com
Sent: Tuesday, Apr 02, 2024, 11:57 AM
To: claims@claims.allstate.com
Subject: [External] Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

Good afternoon,
Could you please provide the current settlement offer of the claim and the total amount of expenses the patient has? Thank you!

??? **Mr. Jordan Mills**
??? Revenue Specialist, MVA
??? EnableComp
??? P: 706.813.6057 I F: 706.842.2498
   4057 Rural Plains Circle, Suite 400, Franklin, TN 37064
??? www.EnableComp.com

   ·
   ??

The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message contains confidential and privileged communication. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any unauthorized distribution or copying of this email or the information contained in it is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. EnableComp, LLC. is not responsible for errors or omissions in this message. Any personal comments made do not necessarily reflect the views of EnableComp.

From: claims@claims.allstate.com
Sent: Thursday, March 28, 2024 8:16 AM
To: Jordan Mills
Subject: Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

CAUTION: This email originated from outside of EnableComp's email system. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Hello,
I have attached the drop letter and lien letter. Will you please advise us of the lowest lien amount you are willing to accept to settle the case?

Thank you in advance,


Danae El Bakkouri
Phone: (405) 486-3255
Fax: (866) 447-4293
claims@claims.allstate.com
Allstate Property and Casualty Insurance Company


CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.

**** Please do not delete your unique Conversation ID ****

*** Conversation ID: FR56ea1c946ca148 ***

-------------------------------------------------------------------------------------------

From: JMills@enablecomp.com
Sent: Wednesday, Mar 27, 2024, 12:13 PM
To: claims@claims.allstate.com
Subject: [External] Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

Good afternoon,
Ms. Myles did not have any health insurance on file. At this time, we are currently negotiating a reduction in the lien amount with the patient's attorney, the Ken Nugent Law Firm. Thank you!


??? Mr. Jordan Mills
??? Revenue Specialist, MVA
??? EnableComp

1/5/25, 4:34 PM                          Gmail - Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

??? P: 706.813.6057 I F: 706.842.2498
   4057 Rural Plains Circle, Suite 400, Franklin, TN 37064
??? www.EnableComp.com

   .
   ??

The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message contains

confidential and privileged communication. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are

hereby notified that any unauthorized distribution or copying of this email or the information contained in it is strictly prohibited. If you have received this communication in error,

please notify us immediately by replying to this message and deleting it from your computer. EnableComp, LLC, is not responsible for errors or omissions in this message. Any

personal comments made do not necessarily reflect the views of EnableComp.

Inline attachment(s) removed
Inline attachment(s) removed


Did you find this email useful?



MyClaim  |  Tools & Resources  |  Allstate.comThis email was sent to you at
JMills@enablecomp.com© 2024 Allstate Insurance Company. All rights reserved.
Privacy Statement  |  Contact UsP_CLAIMS_EOB7B_
FREEFORMTEXT_TEMAIL_TO:claims@claims.allstate.com:
Inline attachment(s) removed

Did you find this email useful?

 

## Allstate.

MyClaim  |  Tools & Resources  |  Allstate.com

This email was sent to you at DRLORIMYLES@GMAIL.COM
© 2024 Allstate Insurance Company. All rights reserved. Privacy Statement  |  Contact Us


P_C: APMS_FORM7P_FREEFORMTEXT_T

EMAIL_TO: claims@claims.allstate.com

**Myles United States District Court Civil Action  Page 108 of 116**

# MYLES' MERCEDES BENZ GAP CLAIM
## THINGS TO DO

**From the FINANCE COMPANY:**

1.  -----A complete payment history including the principle balance as of the date of loss.
2.  -----A copy of the retail installment loan contract.

**From MERCEDES BENZ OF AUGUSTA:**

1.  ------Cancellation of any non-Zurich related warranties purchased within the vehicle loan
2.  ------(i.e. extended warranty, tire and wheel, maintenance plan).
3.  ------Documentation of the refund amount of each cancellable item.
4.  ------If these warranties are either non-cancellable or expired, a complete copy of the agreement that outline the terms is required.

**From the Auto Insurance Company for your total loss a copy of:**

1.  ------The valuation report that shows how the value of the vehicle was obtained.
2.  ------The settlement breakdown including taxes, fees or other deductions.
3.  ------The settlement check or screen print of payment (should match breakdown).

**If you WERE NOT insured for the loss, provide:**

1.  ------A copy of your insurer's denial or termination letter explaining why they denied coverage.
2.  ------An itemized repair estimate from a licensed repair facility showing the cost of repairs and including the ending mileage.
3.  ------A police or fire report on the theft, fire or collision loss.



















## Appendix 3: Georgia Civil Statute of Limitations: Chart

When a Complaint of same nature is brought as a "Public Complaint against EnableComp; They Respond Differently. Yet, EnableComp Representative Receives Myles' Insurance Card on Date of Accident, and He Emails me a directive to "TAKE OUT A PERSONAL LOAN." Why Was Myles Still Pursued? Was it Race, Color, or Creed? My Civil Rights have been violated in every arena. I did not choose to be in the July 13, 2023 Accident, but the Collisions with Nugent Law Firm, EnableComp, Allstate, GEICO, Nugent Law Firm were direct attacks to defraud, deceive, delay, and cause a Post Traumatic Event in my life; that I have had to fight without America's promise as "God's Given" Civil Rights. Restitution should be made for "All Requested Monies" and Pain and Suffering. Like July 13th, I didn't want to die, and I was not willing to be decapitation. Therefore, I ask for help through the Federal Court System. I come forth pro se, looking for help that no other "LAWYER" would help me do, because of an unspoken, silent acquiesce and "Comradery of Corruption."

### EnableComp Complaint 1 of 4

3:34    .ıl 5G ▪)

**Complaint Type:**
Billing Issues
**Status:**
Answered ❷

👤 **Initial Complaint**
04/27/2022

I was seen at ******** north after a car accident I have insurance this was Dec 9th 2021 they did not file the claim with my insurance and now enable comp sends out a bill to me in February I feel it out and emailed it back thinking it was taken care of then come April I receive a paper in the mail stating that enable comp has put a lien on my settlement I reached back out to enable comp and ***** ****** told me he would take care of it right away that's been over a week ago and my insurance company has yet to receive a claim so my bill can be paid because of this my family is about to loose a place to stay and be homeless and nobody is returning my calls at all

### EnableComp Complaint 4 of 4

615.777.3172 **** ***** P**** Circle, Suite ***, ********, TN XXXXX www.EnableComp.com The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message contains confidential and privileged communication. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any unauthorized distribution or copying of this email or the information contained in it is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. EnableComp, LLC. is not responsible for errors or omissions in this message. Any personal comments made do not necessarily reflect the views of EnableComp Consumer Response /* (3000, 7, 2022/05/04) */ (The consumer indicated he/she DID NOT accept the response from the business.) The lein has to be authenticated my lawyer has called the court house so no the lein isn't gone your company has to go pay and have it stamped

▪ bbb.org

### EnableComp Complaint 2 of 4

👤 **Business response**
05/19/2022

**Business Response /*** (1000, 5, 2022/05/02) */ From: ***** **** <***********@bbb-email.org> Sent: Monday, May 2, XXXX X:XX PM To: Better Business Bureau <***********@bbb-email.org> Subject: Re: BBB Complaint Case# 37209158 (Ref#XX-XXXXXXXX-XXXXXXXX-X-XXX) Good afternoon, I tried to submit my response using the link below but I received an error message. Please see response below. To whom it my concern, EnableComp is not a collection agency, but a hospital billing organization. ******* hired EnableComp in order to resolve outstanding third party liability claims. In this case, here is the timeline of events. 12/28/2021, EnableComp received a claim for the noted patient. We attempted to call her on 12/28/2021 to acquire her insurance information for med pay and / or health insurance. We did not receive a response and sent a questionnaire to her last known address. 1/25/2022. EnableComp did not receive a response from either a phone call or our first questionnaire. EnableComp called and sent a second questionnaire as there was no response. 2/16/2022, we received notification that the patient retained an attorney by the name of ********* *****. We contacted the attorney's office by phone and did not receive a call back 3/29/2022, we attempted to contact the patient's attorney once again to determine if there was any first party or health insurance that the patient wanted to utilize. The attorney's office never returned our call


▪ bbb.org

### EnableComp Complaint 3 of4

3:34    .ıl 5G ▪)

court and the attorneys office per Tennessee statute. 4/21/2022, the patient called EnableComp and provided her insurance information. This was the first time we received that information as the patient noted she sent the questionnaire back on 1/25/2022. At this time, we cannot confirm receipt of that questionna re. EnableComp then set up the claim to be electronically billed at that time. EnableComp then began the process of releasing the lien against the patient. The patient called back once again with the same information on the same day. 4/26/2022, the insurance claim went electronically to the insurance carrier provided to by the patient. 4/27/2022, the patient called back again to determine why the claim was not billed yet. 4/28/2022. EnableComp has released the lien regarding the patient's hospital claim. The patient's health insurance has been billed at this time. As EnableComp never received the patient's information, we could not bill the claim until we had the patient's health insurance. Once we received it, we turned around and billed it immediately. Finally, we've released the lien against the patient's potential settlement if one were to be reached. Thank you, ***** **** HR Director EnableComp P: 615.850.1961 F. 615.777.3172 **** ***** P**** Circle, Suite ***, ********, TN XXXXX www.EnableComp.com The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message contains confidential and privileged communication. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any unauthorized distribution or copying of this email or the information

▪ bbb.org



and sent a questionnaire to our last known address. 1/25/2022. EnableComp did not receive a response from either a phone call or our first questionnaire. EnableComp called and sent a second questionnaire as there was no response. 2/16/2022, we received notification that the patient retained an attorney by the name of ********* *****. We contacted the attorney's office by phone and did not receive a call back. 3/29/2022, we attempted to contact the patient's attorney once again to determine if there was any first party or health insurance that the patient wanted to utilize. The attorney's office never returned our call or emails. 4/7/2022, EnableComp, on behalf of ********, filed a Hospital lien for the billed amount. We filed a copy with the clerk of court and the attorney's office per Tennessee statute. 4/21/2022, the patient called EnableComp and provided her insurance information. This was the first time we received that information as the patient noted she sent the questionnaire back on 1/25/2022. At this time, we cannot confirm receipt of that questionnaire. EnableComp then set up the claim to be electronically billed at that time. EnableComp then began the process of releasing the lien against the patient. The patient called back once again with the same information on the same day. 4/26/2022, the insurance claim went electronically to the insurance carrier provided to by the patient. 4/27/2022, the patient called back again to determine why the claim was not billed yet. 4/28/2022, EnableComp has released the lien regarding the patient's hospital claim. The patient's health insurance has been billed at this time. As EnableComp never received the patient's information, we could not bill the claim until we had the patient's health

bbb.org



ATTENTION VISITORS AND DELIVERY PERSONNEL:

ARGOS HEALTH
(AKA ENABLECOMP)

HAS PHYSICALLY MOVED TO SUITE 100, WHICH CAN I
ACCESSED OUTSIDE OF THE BUILDING
THE MAILING ADDRESS WILL REMAIN THE SAME

*LOOK TO THE FAR LEFT WHEN LEAVING THROUGH TH
FRONT DOORS

THERE IS A WORKING DOORBELL AT THIS DOOR. PLEASE RING OR KNOCK FOR ASSIST...







Name Changes: Argos Health

"Empty Buildings"

And Complaints of "No One to Talk to, or Communicate.



 **Gmail**

Dr. Lori Myles <drlorimyles@gmail.com>

---

## Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45
1 message

**Allstate Insurance** <allstate@service01.email-allstate.com>          Tue, Jun 25, 2024 at 8:40 AM
Reply-To: claims@claims.allstate.com
To: "DRLORIMYLES@GMAIL.COM" <DRLORIMYLES@gmail.com>

Claim **0722084068**



Hello Lori,

I hope you are doing well. Were you able to complete a financial aid request for this lien? I am unable to move forward due to the liens, and just checking to see if you are still wanting to move forward with your injury claims.

Have a nice day!

Danae El Bakkouri
Phone: (405) 486-3255
Fax: (866) 447-4293
claims@claims.allstate.com
Allstate Property and Casualty Insurance Company

CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.

**** Please do not delete your unique Conversation ID ****

*** Conversation ID: FR4c59691ff0ae49 ***

---

From: claims@claims.allstate.com
Sent: Thursday, May 30, 2024, 07:27 AM
To: DRLORIMYLES@GMAIL.COM
Subject: FW: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

Good morning,

Please see below. They lowered their amount to $21,443.85 from your settlement, and they are requesting you to complete a financial aid request for the remaining portion. I cannot do this. You will need to contact them and discuss the amounts that they are holding against your settlements. Please make sure to get any negotiations in writing and submit to this file.

Thank you,

Danae El Bakkouri
Phone: (405) 486-3255
Fax: (866) 447-4293
claims@claims.allstate.com
Allstate Property and Casualty Insurance Company

CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.

**** Please do not delete your unique Conversation ID ****

*** Conversation ID: FR4c59691ff0ae49 ***

---

From: claims@claims.allstate.com
Sent: Friday, May 03, 2024, 12:12 PM

To: claims@claims.allstate.com

Subject: [External] Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

Good afternoon,

Augusta University Medical Center will accept $21,443.85 as a partial payment.  For the remaining balance, the patient can apply with AUMC for financial assistance. Thank you!

**Mr. Jordan Mills**

**Revenue Specialist, MVA**

**EnableComp**

P: 706.813.6057 I F: 706.842.2498

   4057 Rural Plains Circle, Suite 400, Franklin, TN 37064

www.EnableComp.com

The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message contains confidential and privileged communication. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any unauthorized distribution or copying of this email or the information contained in it is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. EnableComp, LLC. is not responsible for errors or omissions in this message. Any personal comments made do not necessarily reflect the views of EnableComp.

**From:** Allstate Insurance

**Sent:** Friday, April 26, 2024 12:00 PM

**To:** Jordan Mills

**Subject:** Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

You don't often get email from allstate@service01.email-allstate.com. Learn why this is important

CAUTION: This email originated from outside of EnableComp's email system. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Claim **0722084068**



Hello,
I am just following up on this file for Ms. Lori Myles.

Are you able to provide an update lien amount, reflecting any reduction?

Thank you in advance,


Danae El Bakkouri
Phone: (405) 486-3255
Fax: (866) 447-4293
claims@claims.allstate.com
Allstate Property and Casualty Insurance Company


CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.


**** Please do not delete your unique Conversation ID ****

*** Conversation ID: FR8db1252236ce45 ***


-------------------------------------------------------------------------------------------------------


From: JMills@enablecomp.com
Sent: Tuesday, Apr 02, 2024, 11:57 AM
To: claims@claims.allstate.com
Subject: [External] Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

Good afternoon,
Could you please provide the current settlement offer of the claim and the total amount of expenses the patient has? Thank you!


??? **Mr. Jordan Mills**
??? **Revenue Specialist, MVA**
??? **EnableComp**
??? P: 706.813.6057 I F: 706.842.2498
4057 Rural Plains Circle, Suite 400, Franklin, TN 37064

??? www.EnableComp.com

-

??

The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message contains confidential and privileged communication. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any unauthorized distribution or copying of this email or the information contained in it is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. EnableComp, LLC. is not responsible for errors or omissions in this message. Any personal comments made do not necessarily reflect the views of EnableComp.

**From:** claims@claims.allstate.com
**Sent:** Thursday, March 28, 2024 8:16 AM
**To:** Jordan Mills
**Subject:** Re: Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

CAUTION: This email originated from outside of EnableComp's email system. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Hello,
I have attached the drop letter and lien letter. Will you please advise us of the lowest lien amount you are willing to accept to settle the case?

Thank you in advance,

Danae El Bakkouri
Phone: (405) 486-3255
Fax: (866) 447-4293
claims@claims.allstate.com
Allstate Property and Casualty Insurance Company

CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.

**** Please do not delete your unique Conversation ID ****

*** Conversation ID: FR56ea1c946ca148 ***

---------------------------------------------------------------------------------------------------

From: JMills@enablecomp.com
Sent: Wednesday, Mar 27, 2024, 12:13 PM
To: claims@claims.allstate.com
Subject: [External] Claim Number 0722084068 - Lori Myles Conversation ID: FR8db1252236ce45

Good afternoon,
Ms. Myles did not have any health insurance on file. At this time, we are currently negotiating a reduction in the lien amount with the patient's attorney, the Ken Nugent Law Firm. Thank you!

??? **Mr. Jordan Mills**
??? **Revenue Specialist, MVA**
??? **EnableComp**
??? P: 706.813.6057 I F: 706.842.2498
 4057 Rural Plains Circle, Suite 400, Franklin, TN 37064
??? www.EnableComp.com

 -
 ??

The information contained in this message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message contains confidential and privileged communication. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any unauthorized distribution or copying of this email or the information contained in it is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. EnableComp, LLC. is not responsible for errors or omissions in this message. Any personal comments made do not necessarily reflect the views of EnableComp.

Inline attachment(s) removed
Inline attachment(s) removed

Did you find this email useful?





MyClaim  |  Tools & Resources  |  Allstate.comThis email was sent to you at JMills@enablecomp.com© 2024 Allstate Insurance Company. All rights reserved.
Privacy Statement  |  Contact UsP_CLAIMS_EOB7B_FREEFORMTEXT_TEMAIL_TO:claims@claims.allstate.com:

Case 1:25-cv-00002-JRH-BKE    Document 4-2    Filed 02/03/25    Page 89 of 101

Inline attachment(s) removed

*Exhibit Diane-7* (handwritten, reversed)

## Did you find this email useful?

 

# Allstate.

MyClaim   |   Tools & Resources   |   Allstate.com

This email was sent to you at DRLORIMYLES@GMAIL.COM

© 2024 Allstate Insurance Company. All rights reserved. Privacy Statement   |   Contact Us

P_CLAIMS_EOB7B_FREEFORMTEXT_T

EMAIL_TO:claims@claims.allstate.com:



Dr. Lori Myles <drlorimyles@gmail.com>

## RE: Myles/ Nugent Law Firm Concerns
1 message

Jenna B. Matson (AUG) <jmatson@attorneykennugent.com>
To: "drlorimyles@gmail.com" <drlorimyles@gmail.com>

Dear Dr. Myles,

Thank you for your email. The signed UIM rejection form that was provided to me was signed by Kerwin Myles on April 25, 2022. So I don't have any indication that there is any foul play on be

As you are aware Allstate has offered $5,000 which is the difference between your $30,000 UM coverage offset by the at fault driver's policy limits of $25,000.

As for your health insurance- unfortunately, reviewing your EOB with Anthem is not the same as the lien status that is held by Augusta University. You are correct in that many of your bills wer

   a. GA Code § 44-14-470 (2020) Any person, firm, hospital authority, or corporation operating a hospital, nursing home, or physician practice or providin
      action accruing to the person to whom the care was furnished or to the legal representative of such person on account of injuries giving rise to the ca
      shall not be a lien against such injured person, such legal representative, or any other property or assets of such persons and shall not be evidence c

Augusta University holds a lien against the settlement for treatment they provided. Please see attached Enablecomp lien and AUMC Reduction Approval.

I know this situation is very frustrating. If I thought there were assets to pursue I would gladly sue the Estate of Donald Heathman on your behalf. We appreciate your trust in our firm and I hor

Very Truly, Jenna

**Jenna Matson**
**Attorney At Law**
**Kenneth S. Nugent, P.C.**
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5413 - Office/Fax
jmatson@attorneykennugent.com
www.attorneykennugent.com





Kenneth S. Nugent, P.C. is an Official Partner of:



**NOTICE:** This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

**From:** Iris A. Rodriguez (AUG) <IRodriguez@attorneykennugent.com>
**Sent:** Wednesday, January 3, 2024 7:28 AM
**To:** Jenna B. Matson (AUG) <jmatson@attorneykennugent.com>
**Cc:** Jennifer Palmer (AUG) <jpalmer@attorneykennugent.com>
**Subject:** FW: Myles/ Nugent Law Firm Concerns

**Iris Rodriguez**
**Case Manager**
**Kenneth S. Nugent, P.C.**
One 10th Street
Suite 550
Augusta, GA 30901
(706) 396-5417 - Office/Fax
IRodriguez@attorneykennugent.com
www.attorneykennugent.com





**Kenneth S. Nugent, P.C. is an Official Partner of:**



**NOTICE**: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc", and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, or relay on, in any way, the contents of this email and its attachments. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

**From:** Dr. Lori Myles <drlorimyles@gmail.com>
**Sent:** Tuesday, January 2, 2024 6:33 PM
**To:** Dr. Lori Myles <drlorimyles@gmail.com>; Iris A. Rodriguez (AUG) <IRodriguez@attorneykennugent.com>
**Subject:** Myles/ Nugent Law Firm Concerns

Forgive me, I didn't have Ms. Madden email, please forward.

Dr. Lori Myles

---------- Forwarded message ---------
**From:** Dr. Lori Myles <drlorimyles@gmail.com>
**Date:** Mon, Jan 1, 2024 at 9:52 PM
**Subject:** Myles/ Nugent Law Firm Concerns
**To:** Dr. Lori Myles <drlorimyles@gmail.com>, kerwin myles <pastorkmyles@gmail.com>

Esquire Madden, a few things concern me when it comes to the finalizations of my accident.

Truly, even the fact that no investigation was done, nor requested for the CAUSE of this "head on collision was already surprising, but no, probates, insurance discrepancies, and stolen wedd

**Allow me to explain two particular discrepancies:**

**First Discrepancy: When you told me that my 38-year Allstate Insurance Company stated I, or my husband signed a form rejecting UMI insurance.**

——I wrote Allstate too concerning this issue showing the company's contractual form and signature As noted, and observed; the local ALLSTATE firm's offset seems to deceive me and settlen

**The second instance** was concerning the "supposed" signed rejection of the UMI was not the totality, of the 3 "choiced-box" agreement. This was not the case, as a matter of fact, the actua

**Second Discrepancy: My health insurance billing debts, and the need to repay those debts** that I only incurred. Why am I bearing my own medical bills twice? Not only did my injuries

Yet, as a state employee, health insurance premiums don't come cheap when it comes to taking care of our day-to day health. Mine is $376.00 per paycheck. So, I decided to research the v CLAIMS beginning July 13th, up until the present.

With no disrespect, the claims are not as you are reporting, and asking me to settle upon as an agreement as payment to your firm as my representative. According to ADP/ANTHEM/SHBP (

So, in essence if anyone is to pay for my medical bills, it should be via the subjugation efforts by/through GEICO. There should be "Not another bill" percentiled and/or quota-ed by and from y

THROUGHOUT THIS ACCIDENT, My health, especially now, mentally has been challenged on every level. It is my hope that the discrepancy with the Nugent Law Firm can be explained. If

I have truly been Oblivious to the expertise needed to begin, and end this TRAUMATIC EXPERIENCE. The NUGENT LAWFIRM has been my choice of trust, BUT we must consider the next

p.s. please see the















**1:22**

Sydney Health Chat

Claim #20232907742

Service Date : 07-13-2

I was able to pull up your claim details and they're expanded for you here on the Claims page.

**! DENIED**

#202329077204

STATEMENT

YOU PAY

$0.00

CENTRAL EMERGENCY MEDICAL

📅 07-13-2023



## ^ Why was this claim denied?

Common reasons are that we received the same clai
twice, or the service performed is not covered under
your plan.

⊙→ **Denial Reasons**

⊙→ **Claims Details**

Type your reply here



AA  🔒 membersecure.anthem.com

succeeding email attachments from ADP/ANTHEM/SHBP Insurance



Sincerely,

Dr. Lori Myles,

Client/Accident Victim

**4 attachments**

📄 **UM_SelectionRejection_Myles.20231108073247273.0 (1).pdf**
924K

📄 **EnableComp Lien.pdf**
74K

📄 **AUMC Reduction Approval.pdf**
182K

📄 **EnableComp Lien.pdf**
74K