IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LORI ANN MYLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 125-002 |
| | ) |
| ALLSTATE INSURANCE COMPANY; | ) |
| GEICO INSURANCE COMPANY; | ) |
| DONALD R. HEATHMAN, Deceased, | ) |
| GEICO Insured Client; NUGENT LAW | ) |
| FIRM OF GEORGIA; NUGENT/JENNA | ) |
| MATSON LAW FIRM OF AUGUSTA, | ) |
| GEORGIA; ENABLECOMP BILLING | ) |
| LLC; and AUGUSTA UNIVERSITY | ) |
| MEDICAL TRAUMA HOSPITAL | ) |
| PAYMENT DIVISION, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the "Motion for Waiver of Service," (doc. no. 14-2), and **DISMISSES** this case without prejudice for failure to timely effect service on any Defendant. The Court **DIRECTS** the Clerk to **TERMINATE** all pending motions and deadlines and **CLOSE** this civil action.

SO ORDERED this ___11th___ day of June, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA